UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIM. NO. 3:13-CR-226(RNC) |
| ) | |
| DANIEL E. CARPENTER, et al. ) | |
| ) | SEPTEMBER 15, 2014 |
| Defendants ) | |

# DEFENDANT CARPENTER'S
# MOTION FOR ISSUANCE OF
# RULE 17(c) SUBPOENAS DUCES TECUM

Defendant Daniel E. Carpenter hereby moves this Court pursuant to F.R. Crim. P. 17(c) for an order permitting him to issue subpoenas duces tecum to all the insurance providers identified in the Superseding Indictment, including Lincoln National Corporation, the Phoenix Companies, the Penn Mutual Life Insurance Co., Sun Life Assurance Company, AXA Equitable Life Insurance Company, American National Insurance Co., Jefferson Pilot Financial, Metropolitan Life Company and Trans America; the "Providers".

The Providers are in possession of various critical documents, including the respective relevant insurance applications communications, records and due diligence documents, critical to this matter. The three elements of Rule 17(c) will be met: relevancy, admissibility and specificity. The sought after material will be limited to the subject matter of the Superseding Indictment.

1

Wherefore, it is so moved.

                Defendant, Daniel Carpenter

                By _____
                    Richard R. Brown, Esq.
                    Brown Paindiris & Scott, LLP
                    100 Pearl Street, 2nd Floor
                    Hartford, CT 06103
                    Tel  860.522.3343
                    Fax 860.522.2490
                    Fed. Bar  Ct00009
                    rbrown@bpslawyers.com

## CERTIFICATION

This is to certify that on September 15, 2014, a copy of the foregoing Motion was served by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Also sent to the following by U.S. postal mail:

A.U.S.A. David Novick
Office of U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Patrick Egan, Esq.
Fox Rothschild, LLP
2000 Market Street
Philadelphia, PA 19103

Richard R. Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel 860.522.3343
Fax 860.522.2490
Fed. Bar Ct00009