UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:13CR226 (RNC) |
| v. | |
| DANIEL CARPENTER | |
| and | |
| WAYNE BURSEY | October 28, 2014 |

## MOTION FOR EXTENSION OF TIME

The Government submits this motion to request a brief extension in which to file a response to the defendants' various motions filed on September 15, 2014. The Government requests an extension of four days, until November 5, 2014. In support of this motion, the Government offers the following:

1.  On May 14, 2014, a grand jury sitting in New Haven, Connecticut, returned a superseding indictment charging the defendant with violations of 18 U.S.C. § 1341 (Mail Fraud), 18 U.S.C. § 1343 (Wire Fraud), 18 U.S.C. § 1349 (Conspiracy to Commit Mail and Wire Fraud), 18 U.S.C. § 1956(h) (Conspiracy to Commit Money Laundering), 18 U.S.C. § 1957 (Illegal Monetary Transactions), 18 U.S.C. § 1956 1956(a)(1)(A)(i) (Money Laundering), and 18 U.S.C. § 2 (Aiding and Abetting)

2.  On June 6, 2014 and August 1, 2014, Carpenter filed four motions to dismiss the Second Superseding Indictment, totaling 143 pages, based upon (1) lack of jurisdiction, venue, and sufficiency of allegations (Docs. 56, 63); (2) violation of the statute of limitations (Docs. 64 and 65); (3) failure to "state a crime" (Docs. 68 and 69); and (4) the McCarran-Ferguson Act (Docs. 66, 67). The Government responded, as ordered, on September 15, 2014.

3. On September 15, 2014, both defendants filed numerous other motions. *See* Docs 72-83. Among those filings were motions to suppress the fruits of search warrants executed on May 26, 2011 (Docs. 72, 80, 81); a motion to suppress the fruits of an IRS-procured search warrant from April 20, 2010 (Docs. 82, 83); motions for subpoenas (Docs. 73, 78, and 79); motions for discovery (Docs. 74, 76, 77); and a motion to dismiss by defendant Bursey (Doc. 75). The motions and memoranda contain a total of approximately 160 pages. The Government's response to these motions is currently due on Saturday, November 1, 2014.

4. The Government has proceeded with all due diligence in responding to these various motions, which raise a number of factual and legal issues and advance several overlapping arguments. Among other things, the defendants challenge aspects of an April 20, 2010 search warrant for 100 Grist Mill Road in Simsbury, Connecticut, which was procured by IRS agents from Wisconsin, as well as the post-warrant treatment of evidence by agents in Wisconsin. This April 2010 warrant was based upon a separate investigation, run out of the United States Attorney's Office in Wisconsin and the IRS, concerning different alleged criminal activity than that alleged in this case, which was investigated by the United States Department of Labor. However, the Government in this case, through warrants issued on May 25, 2011, sought to search some of the material seized by the IRS in 2010.

5. In order to respond to the defendants' arguments, the Government is in the process of coordinating with agents and attorneys for the Government in Wisconsin so as to provide an accurate account of events implicated by the defendants' motions.

6. Moreover, in order to respond to all of the defendant's motions effectively and to provide the Court a sufficient basis on which to render a decision, and because the Government is responding to several motions totaling 160 pages, the Government seeks a short continuance,

until November 5, 2014.

      7.      The Government has consulted with counsel for both defendants, who have no objection to this motion.

Wherefore, the Government respectfully requests permission to file its responsive briefs on or before November 5, 2014.

                                                      Respectfully submitted,

                                                      DEIRDRE M. DALY
                                                      UNITED STATES ATTORNEY

                                                      /s/ David E. Novick
                                                      DAVID E. NOVICK
                                                      ASSISTANT U.S. ATTORNEY
                                                      Federal Bar No. phv02874
                                                      157 Church Street, 23rd Floor
                                                      New Haven, CT 06510


                                                      /s/ Neeraj N. Patel
                                                      NEERAJ N. PATEL
                                                      ASSISTANT U.S. ATTORNEY
                                                      Federal Bar No. phv04499
                                                      157 Church Street, 23rd Floor
                                                      New Haven, CT 06510

CERTIFICATION OF SERVICE

       This is to certify that on October 28, 2014, a copy of the foregoing Motion Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY: /s/ David E. Novick
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY