UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.  3:13CR226 (RNC) |
| | : | |
| DANIEL CARPENTER and | : | |
| WAYNE BURSEY | : | November 5, 2014 |

## MOTION TO SEAL

The Government respectfully requests that the Court seal the Government's Memorandum in Response to Defendants' Motions to Suppress Evidence Seized Pursuant to Search Warrants ("Memorandum") and the exhibits accompanying the Government's memorandum ("Exhibits").  Pursuant to Local Rule 4(a), the Government will electronically file a redacted version of the Memorandum and provide unredacted versions to counsel for the defendants.

The Government submits that sealing these documents is necessary to prevent public disclosure of the information contained therein.  Specifically, the Exhibits include copies of sealed search warrants and affidavits, sealed filings and transcripts, and other material related to sealed proceedings, including grand jury proceedings.  In addition, the Memorandum and Exhibits contain the names of additional targets of the investigation, who have not yet been charged, and disclosure of the documents would unnecessarily publicly identify individuals related to the investigation and could could jeopardize the ongoing investigations.  Finally, the Memorandum and Exhibits contain the names of witnesses and individuals who are not charged with any crimes. Public disclosure of their names could cause others to believe they too are engaged in the conduct alleged in the Superseding Indictment.

Accordingly, the Government submits good cause exists to seal the documents listed above.

>Respectfully submitted,
>
>DEIRDRE M. DALY
>UNITED STATES ATTORNEY
>
>/s/ *David E. Novick*
>DAVID E. NOVICK
>ASSISTANT U.S. ATTORNEY
>Federal Bar No. phv02874
>157 Church Street, 25th Floor
>New Haven, CT 06510
>
>/s/ *Neeraj N. Patel*
>NEERAJ N. PATEL
>ASSISTANT U.S. ATTORNEY
>Federal Bar No. phv04499
>157 Church Street, 25th Floor
>New Haven, CT 06510

**CERTIFICATE OF SERVICE**

   I hereby certify that on November 5, 2014, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.  In addition, a copy was sent by e-mail to the following persons:

  Richard R. Brown, Esq.
  *Counsel for the Defendant Daniel Carpenter*

  Patrick J. Egan, Esq.
  Stephen V. Manning, Esq.
  *Counsel for the Defendant Wayne Bursey*

             /s/ *David E. Novick*
             DAVID E. NOVICK
             Assistant United States Attorney