Crim-Mot hrg (Dec-2008)

HONORABLE:_____

DEPUTY CLERK_____ RPTR/ECRO/TAPE_____

TOTAL TIME: _____hours _____minutes   USPO_____INTERPRETER_____

DATE:_____ START TIME: _____ END TIME:_____

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CRIMINAL NO. _____Deft #_____

========================================

UNITED STATES OF AMERICA                    _____

vs                                                AUSA

_____      _____

Defendant's Counsel ☐ CJA ☐ Retained ☐ PDA

========================================

## HEARING ON CRIMINAL MOTIONS

☐......# ___   Deft_____Motion _____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Deft_____Motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Deft_____Motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Deft_____Motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Deft_____Motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Deft_____Motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Deft_____Motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Deft_____Motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Deft_____Motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Govt's motion _____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Govt's motion _____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Govt's motion _____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Govt's motion _____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Deft _____oral motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Deft _____oral motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Deft _____oral motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Govt's oral motion _____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Govt's oral motion _____   ☐ granted ☐ denied ☐ advisement
☐...............   Brief(s) due _____ Response(s) due _____ Replies due _____
☐...............   Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ PR
☐...............   Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
☐...............   Defendant REMANDED to custody
☐...............   Competency Hearing ☐ held ☐ continued until _____ at _____
☐...............   _____hearing continued until _____ at _____
☐...............   Court finds defendant _____ ☐ competent ☐ incompetent
☐...............   Court orders defendant _____ to undergo psychiatric evaluation
☐...............   Motion Hearing continued until _____ at _____
☐...............   SEE PAGE II for additional entries

## DOCUMENTS FILED IN OPEN COURT

☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____