UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:13CR226 (RNC) |
| v. | |
| DANIEL CARPENTER | |

ORDER

Upon consideration of the Government's Motion to Set Trial Date, Enter Proposed Scheduling Order, and Toll Speedy Trial Clock ("the Government's Motion"), and the record of this case as a whole, the Court hereby grants the Government's Motion and sets a new trial schedule as detailed below, and further excludes the further delay from the Speedy Trial clock.

The Court finds that further delay of the trial in this matter until the date described below is warranted, and that failure to grant the continuance as set forth below would deny counsel for the defendants and the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and hence the Court has a basis to toll the Speedy Trial clock under 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), for the period from and including March 10, 2015, through and including a new jury selection date set forth below. Specifically, the Court finds that (1) there are nearly one million documents that have been turned over in discovery in this case, including 600,000 pages that were turned over in the spring of 2015, which require time for both the defendant and Government to review; (2) the parties expect that Fed. R. Crim. P. 15 depositions, authorized by the Court, will not take place until at least November 2015, and potentially after that time; (3) the nature of this case, including many potential witnesses, several of whom are elderly, will require significant advance notice to serve subpoenas and arrange travel to Connecticut for trial; and (4) there remain several unresolved

motions by the defendant, including several hundred pages of briefing, that affect the parties' preparation for trial.

Accordingly, under 18 U.S.C. § 3161(h)(7)(A), the ends of justice are served by tolling the speedy trial clock for the period from and including March 10, 2015, through and including the new jury selection date set by the Court below and in the calendar to be issued at or around the time of this Order, outweigh the best interest of the public and the defendant in a speedy trial, and a denial of the continuance sought by the Parties would be likely to result in a miscarriage of justice.

Wherefore, based upon the foregoing findings of fact, and pursuant to 18 U.S.C. § 3161(h)(7)(A), IT IS ORDERED that;

1. The Government's motion is granted, and jury selection is reset to _February 9, 2016_ (the "new trial date"); and

2. The period of time from and including March 10, 2015, through and including the new trial date, shall be excluded in computing the time within which the trial of the offenses charged in this matter must commence.

3. A new scheduling order shall issue, calling for proposed jury instructions and voire dire questions to be submitted by _January 8, 2016_.

Dated this _9_ day of _October_, 2015, at Hartford, Connecticut.

SO ORDERED.

/s/ Robert N. Chatigny
HON. ROBERT N. CHATIGNY
UNITED STATES DISTRICT JUDGE