UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                    CRIMINAL NO. 3:13CR226 (RNC)

v.

DANIEL CARPENTER

## DECLARATION

I, Daniel E. Carpenter, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am the defendant in this proceeding.  I submit this declaration with the express

intent of waiving my right to be present at depositions ordered by this Court pursuant to Rule 15 of

the Federal Rules of Criminal Procedure.

2.      On July 21, 2015, the government moved this Court to conduct depositions of

certain witnesses in the trial against me.  I objected on July 31, 2015.  On September 22, 2015,

the Court granted the government's motion, permitting the taking depositions of four witnesses

—Betty von Noorden and Gunther Von Noorden in Texas, Luella Mae Paulsrud in Arizona, and

Teresa Martinez in California.

3.      I understand that the testimony provided at these depositions will be offered as

evidence against me at the trial in this matter.

4.      I am aware of my right under the rules of criminal procedure and the United States

Constitution to be present at these depositions.  I understand that I have the right to confront and

cross examine these deposition witnesses to the same extent as if they appeared at the trial itself,

and to object to questions asked by the government.

5.      I understand that if I give up my right to be present at the depositions, my counsel

will appear on my behalf, may object to questions by the government, and may cross examine the

witnesses in accordance with his professional responsibility.   However, I understand that if I give up my right to be present, I will not be able to assist my counsel in doing so, and that the resulting deposition may be entered into evidence, even if I believe my counsel should have objected and should have cross examined differently.

6.     I have discussed my decision to waive my presence at the depositions with my counsel, and am satisfied with his advice on this matter.   I do not require further time to discuss with my counsel.

7.     Understanding all of the foregoing, I do knowingly and voluntarily waive my right to be present at the aforementioned depositions.

8.     I maintain my objection to the Court's granting of the Rule 15 depositions, and nothing in this declaration should be read to imply otherwise.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _Oct 29_ , 2015 in Waymart, Pennsylvania

_Daniel E. Carpenter_
Daniel E. Carpenter

2

## CERTIFICATION

This is to certify that on November 2, 2015, a copy of the foregoing Declaration was served by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Also sent to the following by U.S. postal mail:

A.U.S.A. David Novick
Office of U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Richard R. Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel 860.522.3343
Fax 860.522.2490
Fed. Bar Ct00009