UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:13CR226 (RNC) |
| VS. | : | |
| DANIEL E. CARPENTER, ET AL. | : | FEBRUARY 18, 2016 |

### WAIVER OF JURY TRIAL

In accordance with the Federal Rules, I, Daniel E. Carpenter, hereby waive my rights to a Jury Trial under F.R.C.P. Rule 23(a), and wish to be tried before the Court. I make this waiver knowingly, voluntarily and with the assistance of competent counsel. Further, I acknowledge having been canvassed by the Court in evidence of the same and wish to persist in this waiver.

*[signature]*
Daniel E. Carpenter

## CERTIFICATION

This is to certify that on February 18, 2016, a copy of the foregoing Waiver was served by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Also sent to the following by U.S. postal mail:

A.U.S.A. David Novick
Office of U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Richard R. Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel  860.522.3343
Fax 860.522.2490
Fed. Bar  Ct00009