UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:13CR226 (RNC) |
| | : | |
| v. | : | |
| | : | |
| DANIEL CARPENTER | : | April 14, 2017 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANT'S POST-TRIAL MOTIONS**

The Government submits this motion to request an extension in which to file its responses to the defendant's Rule 29 motion for judgment of acquittal, filed on March 13, 2017, and his Rule 33 motion for new trial, filed on March 15, 2017. The Government requests an extension until July 14, 2017. In support of this motion, the Government offers the following:

1. On May 14, 2014, a grand jury sitting in New Haven, Connecticut, returned a 57-count superseding indictment charging the defendant Daniel Carpenter with violations of 18 U.S.C. § 1341 (Mail Fraud), 18 U.S.C. § 1343 (Wire Fraud), 18 U.S.C. § 1349 (Conspiracy to Commit Mail and Wire Fraud), 18 U.S.C. § 1956(h) (Conspiracy to Commit Money Laundering), 18 U.S.C. § 1957 (Illegal Monetary Transactions), 18 U.S.C. § 1956(a)(1)(A)(i) (Money Laundering), and 18 U.S.C. § 2 (Aiding and Abetting).

2. A 19-day bench trial took place from February 16, 2016 through March 21, 2016. On June 6, 2016, the Court issued a 91-page written Verdict and Special Findings in which it found the defendant guilty on all 57 counts of the superseding indictment.

3. Following the verdict, the defendant requested several extensions of times in which to file post-trial motions under Rules 29 and 33 of the Federal Rules of Criminal Procedure. On December 2, 2016, the Court granted the defendant's final request for an extension and ordered the defendant's post-trial motions to be filed by March 15, 2017.

4.     On March 13, 2017, eight months after the Court rendered its verdict, the defendant filed his Rule 29 motion for judgment of acquittal accompanied by a 135-page memorandum of law.  On March 15, 2017, the defendant filed his Rule 33 motion for new trial accompanied by a 30-page memorandum of law and an 8-page affidavit from the defendant.  On March 17, 2017, the defendant filed an amended 33-page memorandum of law in support of his Rule 33 motion for new trial.

5.     Pursuant to the Court's December 2, 2016 order, the Government's responses are due on April 15, 2017.

6.     The Government has proceeded with all due diligence in responding to both of these motions, which raise a number of legal and factual issues that the defendant has had over eight months to research and prepare.  In fact, the defendant's memorandum of law in support of his Rule 29 motion for acquittal raises 12 distinct issues.  His Rule 33 motion for new trial raises three additional issues.

7.     In order to fully respond to each of these issues, the Government needs additional time to review the entire trial record and research the relevant legal issues.  In addition, while the Government has begun reviewing the record and researching the relevant legal issues, one of the undersigned AUSAs is preparing for a long criminal trial before the Court in May and June, which has impacted his ability to participate in preparing the Government's response.

8.     Accordingly, in light of the combination of scheduling issues and the number of legal issues raised in the defendant's motions, the Government requests an extension of time to file its responses.  The Government believes that an extension until July 14, 2017 will provide the Government with the time needed to review the record, research the legal issues, and file its responses.

9.      The Government has consulted with counsel for the defendant, who has no objection to this motion.

10.     This is the Government's first request for an extension of time to respond to the defendant's post-trial motions.

WHEREFORE, the Government respectfully requests permission to file its responsive briefs on or before July 14, 2017.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY


/s/ David E. Novick
DAVID E. NOVICK
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv02874
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: David.Novick@usdoj.gov


/s/ Neeraj N. Patel
NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: Neeraj.Patel@usdoj.gov

CERTIFICATION OF SERVICE

This is to certify that on April 14, 2017, a copy of the foregoing Motion for Extension of Time to Respond to Defendant's Post-Trial Motions was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY:   /s/ Neeraj N. Patel
      NEERAJ N. PATEL
      ASSISTANT UNITED STATES ATTORNEY