UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CRIMINAL NO. 3:13CR226(RNC) |
| ) | |
| DANIEL E. CARPENTER ) | |
| ) | MAY 23, 2017 |

## **MOTION TO SEAL**

The Defendant respectfully requests that the Court seal the Defendant's Motion for Reconsideration of Rule 60 (b) RE: Motion to Suppress Evidence RE: Federal Search and Seizure by the IRS on April 20, 2010 and the Exhibits attached thereto.

The Movant makes this request due to the fact that this Motion pertains to a sealed search warrant affidavit and includes and discusses numerous search warrants and other matters and attachments that have previously been ordered sealed by this Court. The Movant wishes to comply with this Court's Orders and not disclose the documents this Court previously ordered sealed.

Dated: May 23, 2017

Respectfully submitted,

MOVANT, DANIEL E. CARPENTER

By his Attorney

_____
Richard Brown (ct00009)
BROWN PAINDIRIS & SCOTT, LLP
100 Pearl Street, 2nd Floor
Hartford CT 06103
Tel 860-522-3343
Fax 860-522-2490
rbrown@bpslawyers.com

2.

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed postage prepaid this 23rd day of May, 2017 to the following:

A.U.S.A. David Novick
Office of the U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

A.U.S.A. Neeraj N. Patel
Office of the U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

_____
Richard R. Brown

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW
100 PEARL STREET – HARTFORD, CONNECTICUT 06103 – (860) 522-3343 – JURIS NO. 20767