# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 3:13CR226(RNC) |
| ) | |
| DANIEL E. CARPENTER ) | |
| ) | JUNE 5, 2017 |

## MOTION TO SEAL

The Defendant respectfully requests that the Court seal the Defendant's Motion to Reconsider and Vacate the Court's June 6, 2016 Decision and Findings of Fact and the Exhibits attached thereto.

The Movant makes this request due to the fact that this Motion includes and discusses numerous search warrants and other matters and attachments that have previously been ordered sealed by this Court. The Movant wishes to comply with this Court's Orders and not disclose the documents this Court previously ordered sealed.

Dated: June 5, 2017

        Respectfully submitted,

        MOVANT, DANIEL E. CARPENTER

        By his Attorney

        _/s/ Richard Brown_
        Richard Brown (ct00009)
        BROWN PAINDIRIS & SCOTT, LLP
        100 Pearl Street, 2nd Floor
        Hartford CT 06103
        Tel 860-522-3343
        Fax 860-522-2490
        rbrown@bpslawyers.com

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW
100 PEARL STREET – HARTFORD, CONNECTICUT 06103 – (860) 522-3343 – JURIS NO. 20767

## **CERTIFICATION**

This is to certify that on June 5, 2017, a copy of the foregoing Motion was served by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A.U.S.A. David Novick
Office of the U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

A.U.S.A. Neeraj N. Patel
Office of the U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

Richard R. Brown

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW
100 PEARL STREET – HARTFORD, CONNECTICUT 06103 – (860) 522-3343 – JURIS NO. 20767