UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 3:13CR226(RNC) |
| | ) | |
| DANIEL E. CARPENTER | ) | |
| | ) | JUNE 5, 2017 |

## DEFENDANT'S MOTION TO RECONSIDER AND VACATE THE COURT'S JUNE 6, 2016 DECISION AND FINDINGS OF FACT

The Defendant respectfully moves the Court, pursuant to Rules 60(b)(1), 60(b)(2), and 60(b)(3) of the Federal Rules of Civil Procedure to Reconsider and Vacate the Court's June 6, 2016 Decision and Findings of Fact. In support of this motion, the Defendant asserts the following:

1. The Defendant, Daniel E. Carpenter, was charged with violations of the mail and wire fraud statutes, 13 U.S.C. §§ 1341, 1343. Twenty-three counts of the superseding indictment, counts 1-4, 7-18, 20, 23, 26, 29-32, concern themselves with allegations of wire fraud, while nine counts, 5-6, 19, 21-22, 24-25, 27-28, are of mail fraud. Carpenter was also charged with conspiracy to commit mail and wire fraud in count 33 of the superseding indictment.

2. The allegations of mail and wire fraud contained in the superseding indictment were essentially that Mr. Carpenter was part of a scheme to defraud insurance providers by conspiring with others to obtain life insurance policies on individuals' lives based upon applications that contained alleged misrepresentations as to certain personal information about the Applicants (the "Applicants" or the "Insured"), relating to, among other things, the

**ORAL ARGUMENT REQUESTED**

1

Applicant's financial information, intent to resell the policy, existence of third-party payment of premiums, the purpose of procuring the policy.

3. The Government also had charged Mr. Carpenter with violations of the illegal monetary transfer and money laundering statutes, 18 U.S.C. §§ 1957, 1956(a)(1)(A)(i) and 2. The superseding indictment alleged conspiracy to commit money laundering in count 34, illegal monetary transactions in counts 35-47, and money laundering by the promotion of specified unlawful activities in counts 48-57.

4. Essentially these counts concerning illegal monetary transactions and money laundering are premised on the proceeds of the charged mail and wire fraud counts, as well as the death benefit paid out with regard to one of the Insureds.

5. This matter was brought to trial before the bench commencing on February 16, 2016. The Court heard evidence on various days from February 16, 2016, through March 21, 2016, on which date closing arguments were made to the court.

6. The court rendered its verdict on June 6, 2016, finding the defendant guilty on each of the 57 counts charged in the superseding indictment.

7. As is detailed in the Defendant's attached Motion to Reconsider and Vacate The Court's June 6, 2016 Decision and Findings of Fact, the Court's opinion constitutes a constructive amendment of Mr. Carpenter's indictment, and the evidence used against Mr. Carpenter was presented in a misleading manner.

WHEREFORE, it is respectfully requested the Court Reconsider and vacate the Court's June 6, 2016 Decision and Findings of Fact.

**Respectfully submitted,**
Defendant, Daniel Carpenter

By_____
Richard R. Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel 860.522.3343
Fax 860.522.2490
Fed. Bar Ct00009
rbrown@bpslawyers.com

# CERTIFICATION

This is to certify that a copy of the foregoing was scanned and emailed this 5th day of June, 2017 to the following:

A.U.S.A. David Novick
Office of the U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

A.U.S.A. Neeraj N. Patel
Office of the U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

_____
Richard R. Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel 860.522.3343
Fax 860.522.2490
Fed. Bar Ct00009