UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:13CR226 (RNC) |
| | : | |
| v. | : | |
| | : | |
| DANIEL CARPENTER | : | June 12, 2017 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANT'S MOTIONS TO RECONSIDER**

The Government submits this motion to request an extension of time, until August 14, 2017, to file its responses to (1) the defendant's motion to reconsider the Court's pre-trial ruling on his motion to suppress (ECF No. 243) and (2) his motion to reconsider and vacate the Court's June 6, 2016 verdict and findings of fact (ECF No. 247). In support of this motion, the Government offers the following:

1. On May 14, 2014, a grand jury sitting in New Haven, Connecticut, returned a 57-count superseding indictment charging the defendant Daniel Carpenter with violations of 18 U.S.C. § 1341 (Mail Fraud), 18 U.S.C. § 1343 (Wire Fraud), 18 U.S.C. § 1349 (Conspiracy to Commit Mail and Wire Fraud), 18 U.S.C. § 1956(h) (Conspiracy to Commit Money Laundering), 18 U.S.C. § 1957 (Illegal Monetary Transactions), 18 U.S.C. § 1956(a)(1)(A)(i) (Money Laundering), and 18 U.S.C. § 2 (Aiding and Abetting).

2. On September 15, 2014, the defendant filed a pre-trial motion to suppress evidence seized on April 20, 2010 pursuant to a search warrant. Following briefing by both parties and a hearing, the Court denied the motion on December 24, 2015.

3. A 19-day bench trial took place from February 16, 2016 through March 21, 2016. On June 6, 2016, the Court issued a 91-page written Verdict and Special Findings in which it found the defendant guilty on all 57 counts of the superseding indictment.

4. Following the verdict, the defendant requested several extensions of times in which to file post-trial motions under Rules 29 and 33 of the Federal Rules of Criminal Procedure. On December 2, 2016, the Court granted the defendant's final request for an extension and ordered the defendant's post-trial motions to be filed by March 15, 2017.

5. On March 13, 2017, eight months after the Court rendered its verdict, the defendant filed his Rule 29 motion for judgment of acquittal accompanied by a 135-page memorandum of law. On March 15, 2017, the defendant filed his Rule 33 motion for new trial accompanied by a 30-page memorandum of law and an 8-page affidavit from the defendant. On March 17, 2017, the defendant filed an amended 33-page memorandum of law in support of his Rule 33 motion for new trial.

6. On April 14, 2017, the Government filed an unopposed motion for extension of time, until July 14, 2017, to respond to the defendant's Rule 29 and 33 motions. The Court granted the motion and ordered the Government's responses to the Rule 29 and 33 motions to be filed by July 14, 2017.

7. The Government has been proceeding with all due diligence in responding to the defendant's Rule 29 and 33 motions, which raise over a dozen distinct legal issues, and expects to file its responses on or before the July 14, 2017 due date.

8. On May 23, 2017, seventeen months after the Court denied the defendant's motion to suppress evidence and almost a year after the Court rendered its verdict, the defendant filed a motion to reconsider the Court's denial of his pre-trial motion to suppress.

9. Then, on June 5, 2017, two and one-half months after the deadline for filing post-conviction motions, the defendant filed a motion to reconsider and vacate the Court's verdict and findings of fact.

10. In order to fully respond to these two new motions to reconsider, while still working to complete its responses to the defendant's Rule 29 and 33 motions by July 14, 2017, the Government needs additional time to research the relevant legal issues related to the motions to reconsider.

11. Accordingly, in light of the number of post-trial motions the defendant has filed, and the number of legal issues raised within each of those motions, the Government requests an extension of time to file its responses to the defendant's motions to reconsider. The Government believes that an extension until August 14, 2017 will provide the Government with the time needed to review the record, research the legal issues, and file its responses.

12. The Government has consulted with counsel for the defendant, who has no objection to this motion.

13. This is the Government's first request for an extension of time to respond to the defendant's motions for reconsideration.

WHEREFORE, the Government respectfully requests permission to file its responsive briefs on or before August 14, 2017.

                                          Respectfully submitted,

                                          DEIRDRE M. DALY
                                          UNITED STATES ATTORNEY

                                          /s/ Neeraj N. Patel
                                          NEERAJ N. PATEL
                                          ASSISTANT U.S. ATTORNEY
                                          Federal Bar No. phv04499
                                          157 Church Street, 25th Floor
                                          New Haven, CT 06510
                                          Tel: 203-821-3700
                                          Email: Neeraj.Patel@usdoj.gov

CERTIFICATION OF SERVICE

   This is to certify that on June 12, 2017, a copy of the foregoing Motion for Extension of Time to Respond to Defendant's Motions to Reconsider was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

          BY: /s/ Neeraj N. Patel
             NEERAJ N. PATEL
             ASSISTANT UNITED STATES ATTORNEY