UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.  3:13CR226 (RNC) |
| | : | |
| v. | : | |
| | : | |
| DANIEL CARPENTER | : | July 10, 2017 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO DEFENDANT'S POST-TRIAL MOTIONS**

The Government submits this motion to request an extension in which to file its responses to the defendant's Rule 29 motion for judgment of acquittal, filed on March 13, 2017, and his Rule 33 motion for new trial, filed on March 15, 2017.  The Government's responses are currently due on July 14, 2017.  The Government requests an extension of two weeks, until July 28, 2017.  In support of this motion, the Government offers the following:

1. On May 14, 2014, a grand jury sitting in New Haven, Connecticut, returned a 57-count superseding indictment charging the defendant Daniel Carpenter with violations of 18 U.S.C. § 1341 (Mail Fraud), 18 U.S.C. § 1343 (Wire Fraud), 18 U.S.C. § 1349 (Conspiracy to Commit Mail and Wire Fraud), 18 U.S.C. § 1956(h) (Conspiracy to Commit Money Laundering), 18 U.S.C. § 1957 (Illegal Monetary Transactions), 18 U.S.C. § 1956(a)(1)(A)(i) (Money Laundering), and 18 U.S.C. § 2 (Aiding and Abetting).

2. A 19-day bench trial took place from February 16, 2016 through March 21, 2016. On June 6, 2016, the Court issued a 91-page written Verdict and Special Findings in which it found the defendant guilty on all 57 counts of the superseding indictment.

3. Following the verdict, the defendant requested several extensions of times in which to file post-trial motions under Rules 29 and 33 of the Federal Rules of Criminal Procedure.  On December 2, 2016, the Court granted the defendant's final request for an extension and ordered

the defendant's post-trial motions to be filed by March 15, 2017.

4.     On March 13, 2017, eight months after the Court rendered its verdict, the defendant filed his Rule 29 motion for judgment of acquittal accompanied by a 135-page memorandum of law.  On March 15, 2017, the defendant filed his Rule 33 motion for new trial accompanied by a 30-page memorandum of law and an 8-page affidavit from the defendant.  On March 17, 2017, the defendant filed an amended 33-page memorandum of law in support of his Rule 33 motion for new trial.

5.     Pursuant to the Court's December 2, 2016 order, the Government's responses were initially due on April 15, 2017.

6.     On April 14, 2017, the Government moved for, and the Court then granted, the Government's application for an extension of time to file responses to the defendant's Rule 29 and Rule 33 motions, until July 14, 2017.  Among other things, the Government's application was based upon the length and complexity of the defendant's application, the length of the trial record to be reviewed, and the fact that one of the undersigned counsel—who led this investigation from its inception several years ago—was then preparing for a lengthy and complicated trial before the Court.  As the Court is aware, that other trial concluded on June 15, 2017.

7.     The Government has proceeded with all due diligence in responding to both of the defendant's motions, which raise a number of legal and factual issues that the defendant had over eight months to research and prepare.  In order to fully respond to each of these issues, the Government needs additional time to review the entire trial record and research the relevant legal issues.

8.     Accordingly, in light of the combination of scheduling issues and the number of legal issues raised in the defendant's motions, the Government requests an extension of time to

file its responses. The Government believes that an extension until July 28, 2017 will provide the Government with the time needed to review the record, research the legal issues, and file its responses.

9. The Government has consulted with counsel for the defendant, who has no objection to this motion.

WHEREFORE, the Government respectfully requests permission to file its responsive briefs on or before July 28, 2017.

           Respectfully submitted,

           DEIRDRE M. DALY
           UNITED STATES ATTORNEY

           /s/ David E. Novick
           DAVID E. NOVICK
           ASSISTANT U.S. ATTORNEY
           Federal Bar No. phv02874
           157 Church Street, 25th Floor
           New Haven, CT 06510
           Tel: 203-821-3700
           Email: David.Novick@usdoj.gov

           /s/ Neeraj N. Patel
           NEERAJ N. PATEL
           ASSISTANT U.S. ATTORNEY
           Federal Bar No. phv04499
           157 Church Street, 25th Floor
           New Haven, CT 06510
           Tel: 203-821-3700
           Email: Neeraj.Patel@usdoj.gov

CERTIFICATION OF SERVICE

This is to certify that on July 10, 2017, a copy of the foregoing Motion for Extension of Time to Respond to Defendant's Post-Trial Motions was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY:  /s/ David E. Novick
     DAVID E. NOVICK
     ASSISTANT UNITED STATES ATTORNEY