UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.  3:13CR226 (RNC) |
| | : | |
| v. | : | |
| | : | |
| DANIEL CARPENTER | : | July 27, 2017 |

## <u>UNOPPOSED MOTION FOR OVERSIZED BRIEF</u>

The Government submits this motion to request the Court's permission to file a brief in response to the defendant's motion for acquittal (Docs. 228, 229) in excess of the 40-page limit set by Local Rule of Civil Procedure 7(a)(2), incorporated by reference into the Local Rules of Criminal Procedure by Rule 1(c).  In support of this motion, the Government offers the following:

1.      On May 14, 2014, a grand jury sitting in New Haven, Connecticut, returned a 57-count superseding indictment charging the defendant Daniel Carpenter with violations of 18 U.S.C. § 1341 (Mail Fraud), 18 U.S.C. § 1343 (Wire Fraud), 18 U.S.C. § 1349 (Conspiracy to Commit Mail and Wire Fraud), 18 U.S.C. § 1956(h) (Conspiracy to Commit Money Laundering), 18 U.S.C. § 1957 (Illegal Monetary Transactions), 18 U.S.C. § 1956(a)(1)(A)(i) (Money Laundering), and 18 U.S.C. § 2 (Aiding and Abetting).

2.      A 19-day bench trial took place from February 16, 2016 through March 21, 2016. On June 6, 2016, the Court issued a 91-page written Verdict and Special Findings in which it found the defendant guilty on all 57 counts of the superseding indictment.

3.      Following the verdict, the defendant requested several extensions of times in which to file post-trial motions under Rules 29 and 33 of the Federal Rules of Criminal Procedure.  On December 2, 2016, the Court granted the defendant's final request for an extension and ordered the defendant's post-trial motions to be filed by March 15, 2017.

4.      On March 13, 2017, eight months after the Court rendered its verdict, the defendant filed his Rule 29 motion for judgment of acquittal accompanied by a 135-page memorandum of law.  On March 15, 2017, the defendant filed his Rule 33 motion for new trial accompanied by a 30-page memorandum of law and an 8-page affidavit from the defendant.  On March 17, 2017, the defendant filed an amended 33-page memorandum of law in support of his Rule 33 motion for new trial.

5.      The Court has granted two Government motions for extension of time, and the Government's responsive briefs are due on July 28, 2017.  The Government intends to file in line with that deadline.

6.      The Government requests permission to file a response to Carpenter's motion for acquittal of no longer than 70 pages.  Given the length of Carpenter's motion and memorandum, the Government's request—which is more than 60 pages fewer than the length employed by Carpenter—reasonably permits the Government to respond to the issues raised.

7.      The Government has consulted with counsel for the defendant, who has no objection to the requested page limit.

Wherefore, the Government respectfully requests permission to file a brief in response to Carpenter's motion for acquittal in excess of the 40-page limit, but in no event longer than 70 pages.

Respectfully submitted,

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY


/s/ David E. Novick
DAVID E. NOVICK
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv02874
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: David.Novick@usdoj.gov


/s/ Neeraj N. Patel
NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: Neeraj.Patel@usdoj.gov

<u>CERTIFICATION OF SERVICE</u>

       This is to certify that on July 27, 2017, a copy of the foregoing Motion for Oversized Brief was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


BY:    /s/ David E. Novick_____
           DAVID E. NOVICK
           ASSISTANT UNITED STATES ATTORNEY