

**United States Department of Justice**

*United States Attorney*
*District of Connecticut*

*Connecticut Financial Center*      *(203) 821-3700*
*157 Church Street, 25th Floor*      *Fax (203) 773-5376*
*New Haven, Connecticut  06510*      *www.justice.gov/usao/ct*

October 24, 2014

Richard R. Brown
Brown, Paindiris & Scott
100 Pearl Street
Hartford, CT 06103

      Re:    United States v. Daniel E. Carpenter
                Criminal No. 3:13CR226(RNC)

Dear Attorney Brown:

      This letter supplements the earlier discovery letters concerning disclosures made in compliance with Section (A) of the Court's Standing Order on Discovery in Criminal Cases. The text of those earlier letters is incorporated by reference here.

      On January 30, 2014, the Government provided you with a set of text-searchable files to be loaded into a database, hosted by Halloran and Sage LLP ("Halloran"), that you may review (the "January 30 database files"). Per our prior correspondence, additional loadable files were also provided on or about May 20, 2014, along with certain technical modifications requested by Halloran. As you are aware, and as you have approved, the Government continues to process discovery into text searchable formats for the convenience of the parties and to produce them on a rolling basis.

      This letter memorializes a new set of disclosures. Other than a disk of phone calls received from E*TRADE (enclosed with this letter), this production consists primarily of a hard drive with loadable files of discovery to be added to the Halloran database for your review. As with prior productions, there is an index attached to this letter setting out what materials are being produced on the drive. The drive is being mailed directly to Halloran.

      I briefly highlight that among the materials on the drive is the next set of electronically stored information ("ESI"). This ESI comes from certain folders on a server at 100 Grist Mill Road, specifically an image taken on May 26, 2011. As we discussed on the phone, the forensic agent has provided to us the entirety of the user-created files found in certain specified folders, so that we can search them for files responsive to the search warrants. You will see a higher volume of ESI in this discovery production because (1) the drive is larger than the ones we produced previously and (2) search terms are being applied after, rather than before, the forensic

EXHIBIT 15

process. As you will be loading this into a searchable database, you may nonetheless apply whatever search terms you believe are appropriate. The Government of course will only search for material covered by the warrants. If you wish to discuss this further, please let me know.

I also highlight that in the prior productions, the documents WELLSFARGO_000088-000516 were mislabeled, and should have been stamped as WEBSTER_000336-000764. Those documents have been re-produced in this disclosure with the correct Bates numbering. You should delete from your database WELLSFARGO_000088-000516.

The January 30 letter provided certain explanatory notes related to the database file index, which apply to the attached index as well. In addition, the index provided with this letter includes certain files identified as "potentially privileged." That designation is according to the definition of the term in the earlier Filter Team Orders that preceded the Rule 502 Agreement to which your client has agreed, and is in no way a concession by the Government that such files are privileged. The "potentially privileged" label relates only to material that was identified as such prior to the 502 Agreement, either through your designation or through the operation of computer searches under the Filter Team Order.

As was explained in the January 30, 2014, discovery letter, in providing the enclosed discovery, the United States in no way concedes that you are entitled to have them. They are provided in the spirit of cooperative discovery, in an effort to avoid needless motion practice. The reports and other documents are being provided to you subject to a confidentiality/nondisclosure agreement. The gist of the agreement is that you will not let the reports or documents out of your possession and you will not show them to anyone other than your client and other necessary personnel in your office. Copies of the reports and documents should not be given to anyone including your client. The reports and other documents are to be returned to me at the conclusion of the case. Please confirm, by signing below, that the terms of this arrangement are acceptable to you. If, as the course of trial preparation goes on, you wish to provide copies of certain material to your client, please let me know, and I will attempt to work out an appropriate arrangement with you.

Please note that there are a number of documents in the discovery that contain protected personal information, including social security numbers, dates of birth, addresses, phone numbers, medical information, etc. I trust that you will guard this material appropriately, and will not disclose any of the protected personal information publicly, including through a court filing, or provide it to any third parties. To the extent that you and I agree to permit your client to have copies of any of the discovery, I will require you to redact such protected personal information.

I will promptly notify you if I learn of any new material covered by the Standing Order, and will provide additional discovery on a rolling basis. If you have any questions or comments concerning the discovery outlined herein, please call me as soon as possible.

        Very truly yours,

        DEIRDRE M. DALY
        UNITED STATES ATTORNEY

        DAVID E. NOVICK
        ASSISTANT UNITED STATES ATTORNEY

I acknowledge receipt of the package of discovery materials summarized by this letter and its attachments and indices, and I agree with the terms and conditions set forth above. I waive my right to meet with the Assistant United States Attorney to receive this letter directly.

_____                                    10/27/14
Richard R. Brown, Esq.                                                    Date
Attorney for Daniel E. Carpenter

## Index of Discovery Material in Loadable Files
October 24, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| 100GMR_CMP_SVR1_000001 | 100GMR_CMP_SVR1_1662769 | electronically stored information seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_PP_012_000001 | 100GMR_PP_012_000193 | potentially privileged material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_PP_018_000001 | 100GMR_PP_018_000003 | potentially privileged material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 1055WB_CMP_253907 | 1055WB_CMP_260850 | electronically stored information seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| 21STSVCS_000001 | 21STSVCS_000010 | records received from 21st Services |
| 300FSP_PP_002_000001 | 300FSP_PP_002_000004 | potentially privileged material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_PP_007_000001 | 300FSP_PP_007_000073 | potentially privileged material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_PP_008_000001 | 300FSP_PP_008_000008 | potentially privileged material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_PP_012_000001 | 300FSP_PP_012_000021 | potentially privileged material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_PP_016_000001 | 300FSP_PP_016_000010 | potentially privileged material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_PP_029_000001 | 300FSP_PP_029_000059 | potentially privileged material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_PP_034_000001 | 300FSP_PP_034_000093 | potentially privileged material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| AIG_0000487 | AIG_001492 | records received from AIG |
| AMSTERDAM_000101 | AMSTERDAM_000107 | records received from Judith & Stanley Amsterdam |
| ANICO_002020 | ANICO_002235 | records received from American National Insurance Company |
| ASG_000001 | ASG_001748 | records received from Asset Servicing Group, LLC |
| ATT_000200 | ATT_000319 | records received from AT&T |
| AVS_002024 | AVS_002036 | records received from AVS, LLC |

Page 1 of 5

Index of Discovery Material in Loadable Files
October 24, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| AXA_003296 | AXA_003342 | records received from AXA Equitable |
| BOA_009248 | BOA_009332 | records received from Bank of America |
| BURHANAN_000012 | BURHANAN_000079 | records received from Carl Burhanan |
| CARRIN_000149 | CARRIN_000172 | records received from Marvin Carrin |
| CFC_000001 | CFC_000156 | records received from Caldwell Funding Corporation |
| CLINARD_000013 | CLINARD_000015 | records received from Fred Clinard |
| COHEN_000314 | COHEN_000316 | records received from Howard Cohen |
| CRUMP_000351 | CRUMP_000511 | records received from Crump Life Insurance |
| DUKOFF_000001 | DUKOFF_000005 | records received from David Dukoff |
| EMSI_000769 | EMSI_000798 | records received from EMSI |
| ETRADE_000001 | ETRADE_022244 | records received from E*Trade |
| EXPERIAN_000022 | EXPERIAN_000023 | records received from Experian Inc |
| FEDEX_024710 | FEDEX_024762 | records received from Federal Express |
| FLDMV_000001 | FLDMV_000014 | records received from Florida Department of Highway Safety and Motor Vehicles |
| GRUBB_000001 | GRUBB_001554 | records received from Kenneth Grubb |
| ICSMERRILL_000001 | ICSMERRILL_000126 | records received from ICS Merrill |
| ISM_160866 | ISM_160890 | records received from ISM |
| JANIS_000144 | JANIS_000153 | records received from David Janis |

**Index of Discovery Material in Loadable Files**

October 24, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| JPMC_010427 | JPMC_014342 | records received from JP Morgan Chase |
| JPMC_014603 | JPMC_042471 | records received from JP Morgan Chase |
| KUEHNE_000001 | KUEHNE_000010 | records received from Philip Kuehne |
| LINCOLN_010628 | LINCOLN_014375 | records received from Lincoln National Life Insurance |
| LINCOLN_014740 | LINCOLN_014787 | records received from Lincoln National Life Insurance |
| LINCOLN_GMT_000001 | LINCOLN_GMT_001084 | records received from Lincoln National Life Insurance |
| MACTAS_046932 | MACTAS_047271 | records received from Bruce Mactas |
| METLIFE_002879 | METLIFE_002960 | records received from MetLife |
| MOLNAR_000004 | MOLNAR_000091 | records received from Joel Molnar |
| MUSIKER_000022 | MUSIKER_000067 | records received from Judith Musiker |
| NAMERICAN_000001 | NAMERICAN_000639 | records received from North American Company for Life and Health Insurance |
| NATL_FARM_000001 | NATL_FARM_000121 | records received from National Farm Life Insurance Company |
| NETCO_000001 | NETCO_000028 | records received from NETCO |
| NMG_000053 | NMG_000064 | records received from NMG Benefit Services |
| NWJEEP_000001 | NWJEEP_000019 | records received from Northwest Hills Dealerships |
| OGDEN_000011 | OGDEN_000013 | records received from Veronica Ogden |
| PAULSRUD_000001 | PAULSRUD_000035 | records received from Luella Paulsrud |
| PENN_016239 | PENN_016253 | records received from Penn Mutual |

# Index of Discovery Material in Loadable Files
October 24, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| PEOPLES_001035 | PEOPLES_002156 | records received from Peoples Bank |
| PERSOON_000910 | PERSOON_000915 | records received from Johannes Persoon |
| PHOENIX_GENERAL_004532 | PHOENIX_GENERAL_004603 | records received from Phoenix |
| PHOENIX_KREVLIN_000782 | PHOENIX_KREVLIN_000786 | records received from Phoenix |
| PHOENIX_PERSOON_000501 | PHOENIX_PERSOON_000513 | records received from Phoenix |
| PNC_001120 | PNC_001287 | records received from PNC Bank |
| PRELLE_009925 | PRELLE_010698 | records received from Prelle Financial Group / Advisors Financial Group |
| PRELLE_010701 | PRELLE_018498 | records received from Prelle Financial Group / Advisors Financial Group |
| ROSE_000001 | ROSE_000009 | records received from Steven Rose |
| SBA_000001 | SBA_000014 | records received from Settlement Benefits Association |
| SGOUTAS_000001 | SGOUTAS_000005 | records received from Alex Sgoutas |
| SIMSBURY_BANK_000001 | SIMSBURY_BANK_000889 | records received from Simsbury Bank |
| SML_000001 | SML_000756 | records received from Simione, Macca & Larrow |
| TCC_000001 | TCC_000032 | records received from The Company Corporation |
| TD BANK NORTH_007187 | TD BANK NORTH_007222 | records received from TD Bank North |
| TERRY_000001 | TERRY_000206 | records received from James Terry |
| TRANSAMERICA_001975 | TRANSAMERICA_002008 | records received from Transamerica |
| VERIZON_CW_000001 | VERIZON_CW_000078 | records received from Verizon |

# Index of Discovery Material in Loadable Files

October 24, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| VERIZON_DT_000001 | VERIZON_DT_000011 | records received from Verizon |
| WEBSTER_000239 | WEBSTER_000764 | records received from Webster Bank |
| WELLSFARGO_007934 | WELLSFARGO_007942 | records received from Wells Fargo Bank |
| WISDA_000231 | WISDA_000241 | records received from Barbara Wisda |
| WYSOS_000001 | WYSOS_000024 | records received from Wyoming Secretary of State |
| ZOLAND_000001 | ZOLAND_000020 | records received from Alvin Zoland |

United States v. Bursey & Carpenter
3:13 CR 226 (RNC)
October 22, 2014 Discovery