U.S. Department of Justice

Federal Bureau of Prisons

United States Penitentiary Canaan

Post Office Box 400
Waymart, Pennsylvania 18472

Office of the Warden
February 22, 2016

Richard R. Brown
Brown Paindris & Scott, LLP
100 Pearl Street
Hartford, CT 06103

**Re: CARPENTER, Daniel**
**Register Number: 90792-038**

Dear Mr. Brown,

This correspondence is to acknowledge the receipt of your letter dated February 21, 2016, concerning inmate Carpenter and your request for the immediate placement of Mr. Carpenter in a Residential Re-entry Center (RRC). You make this request due to the inconvenience his current incarceration status has on his case pending before the court in the District of Connecticut. In your request, you cite our authority under Title 18 U.S.C 3621 (b) with regard to Bureau of Prisons Program Statement 7310.04 CCC Utilization and Transfer Procedure as well as 18 U.S.C. 3624 (c).

Title 18 U.S.C 3621 (b) does allow the Bureau of Prisons to designated an inmate to any available penal or correctional facility the Bureau deems appropriate; however, we find inmate Carpenter to be inappropriate for RRC placement. The true intent of a RRC is to assist an inmate with his re-entry needs. Bureau of Prisons Program Statement 7310.04 clearly states inmates with unresolved pending charges or detainers which will likely lead to arrest, conviction, or confinement are ineligible for RRC placement. Although Mr. Carpenter does not have a detainer, he does have an open case pending in the District of Connecticut which meets the intent of this exclusion.

Additionally, the Bureau of Prisons has an obligation to balance each inmate's individual re-entry needs with our limited RRC resources in order to provide re-entry services to as many inmates as possible. Mr. Carpenter's immediate placement in a RRC for what would amount to an 11 month placement would be a burden on our resources, thus occupying a bed that would otherwise be used for an inmate who truly needs re-entry services.

Based on these reasons, USP Canaan does not support RRC placement for Mr. Carpenter. I trust I have addressed your concerns.

Sincerely,

C. Maiorana
Warden

EXHIBIT 17