

**United States Department of Justice**

*United States Attorney*
*District of Connecticut*

---

*Connecticut Financial Center*       *(203) 821-3700*
*157 Church Street, 25th Floor*      *Fax (203) 773-5376*
*New Haven, Connecticut  06510*    *www.justice.gov/usao/ct*

January 30, 2014

Richard R. Brown
Brown, Paindiris & Scott
100 Pearl Street
Hartford, CT 06103

      Re:    <u>United States v. Daniel E. Carpenter</u>
              Criminal No. 3:13CR226(RNC)

Dear Attorney Brown:

      In compliance with Section (A) of the Court's Standing Order on Discovery in Criminal Cases, the United States makes the following disclosures:

      1.     Your client gave no written or recorded statement to law enforcement related to this matter.  However, your client has given several statements during the course of other litigation, in the form of depositions, testimony, and affidavits, that may be relevant to certain issues in this case.  I presume you have copies of those statements, as those are publicly filed cases in which your client was represented by counsel.  However, in an abundance of caution, I am including with this production copies of those statements that the Government currently has in its possession.  Whether included in this production or not, the Government gives notice of its intent to use any statement by your client made in the course of such prior litigation, whether in written or recorded form.  The Government reserves its right to use such statements during any stage of litigation in this case, including without limitation the Government's case-in-chief, on cross-examination should your client testify, in a rebuttal case, and at sentencing.  The enclosed materials include:

          a.   January 29, 2001 affidavit in *Calahy v. Benistar Property Exchange Trust Co.*;
          b.   November 3, 2006 declaration in *DeAngelis v. Commissioner;*
          c.   December 18, 2006 testimony in *DeAngelis v. Commissioner*;
          d.   June 18, 2007 deposition in *Curcio v. Commissioner*;
          e.   July 18, 2007 deposition in *Conemaugh v. Fisher* (excerpts);
          f.   July 19, 2007 declaration in *Conemaugh v. Fisher*;
          g.   January 2008 affidavit in *Studer v. Commissioner*;
          h.   March 17, 2009 testimony in the matter of *Curcio v. Commissioner*;



**EXHIBIT**

A

    i.   March 8, 2010 declaration in *United States v. Wayne Bursey*, 3:09MC272;

    j.   August 2, 2010 declaration in *The Midwest Media Group Inc. v. Benistar Employer Services Trust Co., Inc.*;

    k.   April 6, 2011 testimony in the matter of *Iantosca v. Benistar Admin Services Inc.*, et al. 08-11785-NMG;

    l.   May 6, 2011 declaration in *In Re: Daniel Carpenter*;

    m.  October 19, 2012 deposition in the matter of *Universitas Education LLC v. Nova Group Inc.*, 11-1590-LTS-HBP (the "Universitas matter");

    n.   April 17, 2013 deposition in the Universitas matter;

    o.   May 9, 2013 testimony in the Universitas matter;

    p.   October 25, 2013 affidavit in the Universitas matter;

    q.   November 20, 2013 affidavit in the Universitas matter; and

    r.   November 22, 2013 testimony in the Universitas matter.

Similarly, certain statements made by your client's co-defendant, Wayne Bursey, in the course of civil litigation, are also included on the attached disk. Again, whether included on the disk or not, the Government gives notice of its intent to use any statement by Bursey made in the course of such prior litigation, whether in written or recorded form. The Government reserves its right to use such statements during any stage of litigation in this case, including without limitation the Government's case-in-chief, on cross-examination, in a rebuttal case, and at sentencing. The enclosed materials include:

    a.   January 8, 2003 declaration in *Sanchez & Daniels v. Bursey*;

    b.   January 13, 2003 declaration in *Sanchez & Daniels v. Bursey*;

    c.   April 22, 2004 declaration in *Daniels v. Bursey*;

    d.   April 9, 2007 deposition in *Step Plan Services Inc. v. Koresko*;

    e.   April 10, 2007 deposition in *Step Plan Services Inc. v. Koresko* (continued);

    f.   April 27, 2007 deposition in *Step Plan Services Inc. v. Koresko* (continued);

    g.   November 7, 2008 declaration in *Iantosca v. Benistar*;

    h.   April 19, 2010 declaration in *United States v. Wayne Bursey*, 3:09MC272;

    i.   April 27, 2010 declaration in *United States v. Wayne Bursey*, 3:09MC272;

    j.   November 12, 2010 affidavit in the Universitas matter;

    k.   July 19, 2011 deposition in *Iantosca v. Benistar*; and

    l.   October 16, 2012 deposition in the Universitas matter.

2.    The substance of your client's oral statements in the presence of law enforcement is contained in the enclosed reports. Certain statements are summarized in the enclosed memoranda.

3.    Your client did not testify before the Grand Jury concerning this offense.

4.    Your client's criminal history consists of his prosecution in the District of Massachusetts, Criminal Case Number 1:04CR10029(GAO), in which your client is awaiting sentence following conviction at trial of nineteen counts of mail and wire fraud.

5.      The United States' evidence is available for you to view.  To make an appointment to do so, please contact me and we will make arrangements to give you access.  I expect that a significant portion of the United States' evidence will be copied and/or scanned into the discovery to facilitate your review.

As we have repeatedly discussed, the Government will scan and/or copy most discovery at its expense, and provide that discovery to you in the form of loadable database files.  The Government is producing the discovery that has already been processed, but there remain materials that are still being scanned and/or copied at the government's facility.  By signing below, you acknowledge that you have the right to review this unprocessed material now, but prefer to wait until the Government is able to provide the material in loadable files.  You also acknowledge that such Government processing, while saving your client money, will delay the time by which you would otherwise review the material.  Finally, you agree by signing below that you waive any challenge to the authenticity of the discovery material, or the chain of custody of the discovery material, as a result of the discovery being shipped to and in the possession of the Government's processing facility, the Litigation Technology Service Center ("LTSC"), in Columbia, South Carolina.

With regard to Electronically Stored Information ("ESI"), you may provide the Government with a drive onto which the Government will place all of the images made of electronic storage media obtained during the execution of search warrants.  The Government has previously forensically analyzed certain of those drives, and the results have been provided on disks to Dan LaBelle; it is my understanding that you have access to those disks.  The Government intends to process those disks into loadable files, which will be provided to you as well.  Moreover, the Government may continue to analyze other images, and will provide you with additional files if and when they are received.

6.      The results or reports of any physical or mental examinations, or of scientific tests or experiments made in connection with this case will be forwarded to you upon receipt.

7.      A copy of the arrest warrant for your client is enclosed.  Copies of search warrants executed in the course of this case are also enclosed.  I have attached to this letter an index of the search warrants you will find on the disk.  There are several warrants that use the identical affidavit.  In those cases, I have included just one copy of the relevant affidavit.  If you have questions about how the disk is organized, please let me know.  By including particular search warrants on the enclosed disk, the Government is in no way conceding your client's ability to contest the respective searches.

8.      There was no wiretap in this case.

9.      The names and addresses of the United States' prospective witnesses are contained in the enclosed reports and other discovery.  As the Government identifies other prospective witnesses, they will be disclosed to you.

10.     Unless otherwise specified, no payments, promises of immunity, leniency, or preferential treatment were made to prospective United States witnesses in this case.  J. Edward

Waesche IV has pleaded guilty and entered into a cooperation agreement with the Government, and that agreement will be provided to you.

     11.    With regard to information falling within the scope of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), please be advised that I know of no perjured testimony to be included in the United States' case, and I do not have any material that is so clearly exculpatory or valuable for impeachment purposes that its utility to the defense can be recognized, other than the material being provided and/or to be provided during the course of discovery.

     12.    Your client was not identified in any lineup, showup, photospread, or similar identification proceeding.

     13.    The Government gives notice under Federal Rule of Evidence 404(b) that it may present evidence at trial related to your client's conduct underlying the criminal prosecution in *United States v. Carpenter*, 1:04CR10029(GAO) (D. Mass.), and related civil litigation. The Government also gives notice under Federal Rule 404(b) that it may present evidence concerning the defendants' conduct related to the death benefits paid by Lincoln National Life Insurance to the Charter Oak Trust, as discussed in part during the course of the arbitration and litigation in *Universitas Education, LLC v. Nova Group, Inc., et al.*, 11-CV-1590(LTS) (S.D.N.Y.). The Government may present such evidence to show motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, or lack of accident. The Government will supplement this notice within a reasonable amount of time prior to trial, depending in part on defenses offered by your client. Moreover, the Government reserves the right to argue that any such evidence does not fall under F.R.E. 404(b) on any available ground, including that it is part of the charged crimes, provides necessary background to the charged crimes, or is inextricably intertwined with the charged crimes.

Other than the above, the Government also notes that at this stage of pretrial proceedings, the United States cannot determine absolutely whether other crimes evidence will be part of its case-in-chief since the United States has no idea what the defendant's claims at trial will be. Whether the United States introduces other crimes evidence depends in large part on how the actual trial proceeds and whether knowledge, intent, plan, or identity is a disputed issue. *See United States v. Figueroa*, 618 F.2d 934 (2d Cir. 1980).

Pursuant to Rule 12(b)(4)(A), Fed. R. Crim. P., please be advised that the United States intends to use all the disclosed evidence in its case-in-chief at trial.

Included with this letter are numerous reports of interview, copies of seized evidence, material received through the grand jury process, material provided voluntarily, and other material in connection with this case. I have included a significant number of interview reports, and an index of the included interview reports is attached to this letter. I have not included all interview reports; additional reports will be provided closer to trial, along with grand jury transcripts. If you have a specific question about an omission, I will discuss the matter with you.

In providing the enclosed reports and other discovery, the United States in no way concedes that you are entitled to have them. They are provided in the spirit of cooperative

discovery, in an effort to avoid needless motion practice. The reports and other documents are being provided to you subject to a confidentiality/nondisclosure agreement. The gist of the agreement is that you will not let the reports or documents out of your possession and you will not show them to anyone other than your client and other necessary personnel in your office. Copies of the reports and documents should not be given to anyone including your client. The reports and other documents are to be returned to me at the conclusion of the case. Please confirm, by signing below, that the terms of this arrangement are acceptable to you. If, as the course of trial preparation goes on, you wish to provide copies of certain material to your client, please let me know, and I will attempt to work out an appropriate arrangement with you.

Please note that there are a number of documents in the discovery that contain protected personal information, including social security numbers, dates of birth, addresses, phone numbers, medical information, etc. I trust that you will guard this material appropriately, and will not disclose any of the protected personal information publicly, including through a court filing, or provide it to any third parties. To the extent that you and I agree to permit your client to have copies of any of the discovery, I will require you to redact such protected personal information.

Attached to this letter are indices of the reports of interview, search warrants, and loadable discovery files being produced at this time. The indices should be self-explanatory. A few notes regarding the loadable file index:

- With regard to evidence seized from 100 Grist Mill Road, 300 First Stamford Place, the IRS facility in Wisconsin, the offices of Pacini and Company in Houston, and 1055 Washington Boulevard (Caldwell Funding Corporation), and material received from Halloran and Sage via subpoena, the Bates numbers are in most cases keyed to the box number of the particular search or disclosure. For example, 100GMR_001_000001 is the first document scanned from Box 1 seized from 100 Grist Mill Road on May 26, 2011.
- With regard to electronically stored information retrieved from computers or other storage media seized via search warrant, the material in the load files consists, in most cases, of files that were retrieved through forensic analysis and that were limited by search terms, de-duplication, and other procedures intended to narrow the number of files for review. The Government does not warrant that all relevant files were captured. If you wish to review the entirety of a particular storage medium, you may do so through analyzing a copy of one of the seized images – again, such copy will be made for you at your request once you provide an appropriate storage device.
- In some cases material has been withheld because of privilege claims asserted by third parties. This is particularly true with regard to Pacini and Company and Caldwell Funding Corporation. You may or may not see gaps in Bates numbering as a result.
- There are certain boxes from the search warrants that contain few or no documents. This is generally because materials from those boxes were previously returned to you.
- The drive contains four load files, each of which is associated with a log file that will also reflect the bates ranges of the included material.
- The load files are not comprehensive; additional material will come to you as it is scanned and/or processed.

I look forward to receiving the defendant's disclosures as required by Section (B)(1) of the Court's Standing Order on Discovery.

Pursuant to Section (B)(2) of the Court's Standing Order on Discovery, the United States hereby requests that you furnish copies of any and all of the following items which are within the possession, custody, or control of the defendant, the existence of which is known or by the exercise of due diligence may become known to the defendant: (a) books, papers, documents, photographs, or tangible objects which the defendant intends to introduce as evidence in chief at trial; and (b) results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case which the defendant intends to offer as evidence at trial or which were prepared by a defense witness who will testify concerning the contents thereof.

I will promptly notify you if I learn of any new material covered by the Standing Order. If you have any questions or comments concerning the discovery outlined herein, please call me as soon as possible.

Very truly yours,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY

I acknowledge receipt of the package of discovery materials summarized by this letter and its attachments and indices, and I agree with the terms and conditions set forth above. I waive my right to meet with the Assistant United States Attorney to receive this letter directly, and acknowledge that my disclosure obligations under Section B(2) of the Standing Order begin within 14 days of the date on which I received this letter.

_____                    _____

Richard R. Brown, Esq.                                                Date
Attorney for Daniel E. Carpenter

Enclosures

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

| United States of America | | )  | |
|---|---|---|---|
| v. | | ) | Case No.   3:13cr226 RNC |
| Daniel Carpenter | | ) | |
| | | ) | |
| | | ) | |
| | | ) | |
| *Defendant* | | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Daniel Carpenter

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18:1349 Conspiracy to Commit Mail and Wire Fraud
18:1343 Wire Fraud
18:1341 Mail Fraud
18:2    Aiding and Abetting

Date:     12/13/2013

*Issuing officer's signature*

City and state:     Hartford, CT

Angela Blue, Deputy Clerk
*Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ | | |
| at *(city and state)* _____ | | |
| Date: _____ | | |
| | | *Arresting officer's signature* |
| | | |
| | | *Printed name and title* |

## List of Enclosed Materials

Disk One (CD)

1. Search Warrants and Affidavits (Summarized by Attached Index)
2. Reports of Interview (Summarized by Attached Index)
3. Audio files (Summarized by Attached Index)
4. Statements of Daniel Carpenter summarized by enclosed memoranda
5. Testimony, affidavits, and depositions of Daniel Carpenter
6. Testimony, affidavits, and depositions of Wayne Bursey

Disk Two (USB Drive)*

1. Loadable Files Containing Discovery Materials (Summarized by Attached Index)


* Per your instructions, the USB drive is being produced only to Patrick J. Egan, Esq., Attorney for co-defendant Wayne H. Bursey

**List of Interview Reports Enclosed**

January 30, 2014 Disclosure

| First Name | Last Name | Date | Bates |
|---|---|---|---|
| Judith | Amsterdam | 2/21/2012 | ROI-1 - 3 |
| Stanley | Amsterdam | 2/21/2012 | ROI-4 |
| Stanley | Amsterdam | 3/14/2012 | ROI-5 - 7 |
| Alvin and Donna | Auchstetter | 7/16/2013 | ROI-8 - 13 |
| Jimmy | Ausman | 7/17/2013 | ROI-14 - 16 |
| Henry | Baer | 7/19/2012 | ROI-17 - 19 |
| Harold | Baughman | 7/24/2013 | ROI-20 |
| Philip | Beekman | 8/7/2012 | ROI-21 - 22 |
| James | Bennett | 6/28/2012 | ROI-23 - 26 |
| Mark | Berman | 10/23/2012 | ROI-27 - 30 |
| Patrcia | Biermaier | 7/23/2013 | ROI-31 - 32 |
| Jack and Lenore | Bracewell | 7/17/2013 | ROI-33 - 35 |
| Alan | Brooks | 2/22/2012 | ROI-36 |
| Carl | Burhanan | 5/21/2012 | ROI-37 - 39 |
| Barbara | Cargill | 7/21/2011 | ROI-40 - 41 |
| Bobby | Cargill | 7/21/2011 | ROI-42 - 44 |
| Marvin | Carrin | 12/3/2012 | ROI-45 - 48 |
| Marvin | Carrin | 12/17/2012 | ROI-49 - 52 |
| Stefan | Cherneski | 3/7/2013 | ROI-53 - 56 |
| Fred | Clinard | 7/20/2011 | ROI-57 - 58 |
| Marlene | Clinard | 7/20/2011 | ROI-59 - 60 |
| Howard | Cohen | 4/24/2012 | ROI-61 |
| Howard | Cohen | 5/22/2012 | ROI-62 - 66 |
| Henry | Cooper | 1/30/2013 | ROI-67 |
| Henry | Cooper | 2/7/2013 | ROI-68 - 71 |
| David | Dukoff | 5/2/2012 | ROI-72 |
| Kenneth | Elder | 4/14/2011 | ROI-73 - 77 |
| Vito | Esparo | 6/29/2011 | ROI-78 - 81 |
| Ronald | Fleming | 6/22/2012 | ROI-82 |
| Ronald | Fleming | 8/1/2012 | ROI-83 - 84 |
| Patrick | Glynn | 3/28/2013 | ROI-85 - 88 |
| Ronald | Goelzer | 7/22/2011 | ROI-89 - 91 |
| Billy | Goldsmith | 7/21/2011 | ROI-92 - 94 |
| Louise | Gonsalves | 7/19/2013 | ROI-95 - 100 |
| George | Gordon | 7/21/2011 | ROI-101 - 102 |
| Shirley | Gordon | 7/21/2011 | ROI-103 |
| Lawrence | Grossman | 5/21/2012 | ROI-104 - 107 |
| Floyd | Guest | 7/21/2011 | ROI-108 - 109 |
| Marilyn | Hinds | 7/22/2011 | ROI-110 |
| William | Hinds | 7/22/2011 | ROI-111 - 113 |
| David | Hurwitz | 5/22/2012 | ROI-114 |
| Jerome | Hurwitz | 5/22/2012 | ROI-115 - 117 |
| William | Hutchinson | 12/27/2012 | ROI-118 - 122 |
| William | Hutchinson | 2/15/2013 | ROI-123 - 124 |
| Harold | Jacobson | 7/22/2011 | ROI-125 - 126 |
| Rosa | Jacobson | 7/22/2011 | ROI-127 - 128 |

**List of Interview Reports Enclosed**

January 30, 2014 Disclosure

| First Name | Last Name | Date | Bates |
|---|---|---|---|
| David | Janis | 2/24/2012 | ROI-129 |
| David | Janis | 5/21/2012 | ROI-130 - 132 |
| Stephen | Juris | 7/19/2012 | ROI-133 - 134 |
| Gwendolyn | Kiser | 3/5/2013 | ROI-135 - 136 |
| Miriam | Knobloch | 3/5/2013 | ROI-137 |
| Roman | Knobloch | 3/5/2013 | ROI-138 |
| Thomas | Knowles | 8/6/2012 | ROI-139 - 142 |
| Sol | Krevlin | 6/15/2011 | ROI-143 - 144 |
| Sol | Krevlin | 8/7/2012 | ROI-145 - 147 |
| Phillip | Kuehne | 7/17/2013 | ROI-148 - 155 |
| Eric/Ken | Lanning/Elder | 7/18/2012 | ROI-156 - 160 |
| Edmund | Laveck | 4/23/2012 | ROI-161 |
| Edmund | Laveck | 10/23/2012 | ROI-162 - 164 |
| Melvin | Lowry | 5/22/2012 | ROI-165 - 167 |
| Vito | Luciani | 6/16/2011 | ROI-168 - 169 |
| Vito | Luciani | 7/27/2011 | ROI-170 - 171 |
| Deborah | Lutes | 12/13/2013 | ROI-172 - 174 |
| Teresa | Martinez | 7/31/2012 | ROI-175 - 176 |
| Elwyn | Miller | 7/18/2013 | ROI-177 - 179 |
| Joel | Molnar | 6/1/2012 | ROI-180 |
| Joel | Molnar | 6/7/2012 | ROI-181 - 182 |
| Joel | Molnar | 9/27/2012 | ROI-183 - 184 |
| Judith | Musiker | 6/7/2012 | ROI-185 - 188 |
| Robert | Myers | 7/20/2011 | ROI-189 - 191 |
| Guy | Neumann | 7/27/2011 | ROI-192 - 199 |
| Guy | Neumann | 8/3/2011 | ROI-200 |
| Guy | Neumann | 1/22/2013 | ROI-201 - 206 |
| Guy | Neumann | 1/24/2013 | ROI-207 |
| Guy | Neumann | 1/25/2013 | ROI-208 |
| Guy | Neumann | 2/15/2013 | ROI-209 - 212 |
| Jeffrey | Nook | 11/15/2013 | ROI-213 - 218 |
| Edward | O'Brian | 4/17/2012 | ROI-219 |
| Edward | O'Brian | 6/6/2012 | ROI-220 - 225 |
| Veronica | Ogden | 2/15/2013 | ROI-226 |
| Veronica | Ogden | 2/27/2013 | ROI-227 - 229 |
| Veronica | Ogden | 3/1/2013 | ROI-230 |
| Lynn | Orion | 7/19/2013 | ROI-231 - 232 |
| Alton | Patton | 7/22/2011 | ROI-233 - 235 |
| Luella | Paulsrud | 3/6/2013 | ROI-236 - 237 |
| Anthony | Pavelka | 7/19/2013 | ROI-238 - 239 |
| Robert | Pekarsky | 9/28/2012 | ROI-240 - 241 |
| Joan | Pennington | 7/20/2011 | ROI-242 - 244 |
| Johannes | Persoon | 3/1/2012 | ROI-245 |
| Gail | Persoon | 5/22/2012 | ROI-246 - 247 |
| Johannes | Persoon | 5/22/2012 | ROI-248 - 250 |
| Daniel | Pierson | 9/27/2002 | ROI-251 - 255 |

**List of Interview Reports Enclosed**

January 30, 2014 Disclosure

| First Name | Last Name | Date | Bates |
|---|---|---|---|
| Earl | Reiss | 2/22/2012 | ROI-256 - 257 |
| Gloria | Rocher | 7/18/2013 | ROI-258 - 260 |
| Steven | Rose | 6/21/2012 | ROI-261 - 264 |
| George Doug | Sanders | 7/20/2011 | ROI-265 - 267 |
| Erik | Schneider | 3/14/2013 | ROI-268 - 271 |
| William | Shissler | 7/23/2013 | ROI-272 |
| Charles | Smith | 5/17/2012 | ROI-273 |
| Charles | Smith | 7/18/2013 | ROI-274 - 277 |
| Elliot | Smith | 11/27/2012 | ROI-278 - 279 |
| James | Terry | 7/21/2011 | ROI-280 - 282 |
| Jay | Thomson | 2/21/2012 | ROI-283 - 285 |
| Jay | Thomson | 2/23/2012 | ROI-286 |
| Aaron | Tucker | 5/10/2012 | ROI-287 - 289 |
| Allen | Tucker | 5/10/2012 | ROI-290 - 293 |
| Jenny | Valedaserra | 6/13/2013 | ROI-294 - 297 |
| Betty | Von Noorden | 7/21/2011 | ROI-298 - 299 |
| Gunter | Von Noorden | 7/21/2011 | ROI-300 - 301 |
| J. Edward | Waesche | 4/11/2013 | ROI-302 - 307 |
| J. Edward | Waesche | 4/22/2013 | ROI-208 - 314 |
| J. Edward | Waesche | 4/23/2013 | ROI-315 - 318 |
| J. Edward | Waesche | 5/2/2013 | ROI-319 - 325 |
| J. Edward | Waesche | 5/3/2013 | ROI-326 - 329 |
| J. Edward | Waesche | 5/13/2013 | ROI-330 - 333 |
| J. Edward | Waesche | 5/15/2013 | ROI-334 -338 |
| J. Edward | Waesche | 6/12/2013 | ROI-339 |
| J. Edward | Waesche | 6/17/2013 | ROI-340 - 345 |
| J. Edward | Waesche | 12/9/2013 | ROI-346 |
| James | Watson | 8/28/2012 | ROI-347 - 348 |
| Tom | Webb | 8/9/2013 | ROI-349 - 350 |
| Bernard | Weingarten | 7/20/2011 | ROI-351 - 352 |
| Barbara | Wisda | 7/21/2011 | ROI-353 -354 |
| Jon | Wisda | 7/21/2011 | ROI-355 |
| Beat | Zahner | 6/28/2011 | ROI-356 - 358 |
| Alvin | Zoland | 7/13/2011 | ROI-359 - 361 |

# Index of Discovery Material in Loadable Files

January 30, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| 100GMR_001_000001 | 100GMR_001_002648 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_002_000001 | 100GMR_002_001157 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_003_000001 | 100GMR_003_002689 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_004_000001 | 100GMR_004_002390 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_005_000001 | 100GMR_005_000008 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_006_000001 | 100GMR_006_000918 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_007_000001 | 100GMR_007_001234 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_008_000001 | 100GMR_008_000019 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_009_000001 | 100GMR_009_001332 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_010_000001 | 100GMR_010_001517 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_011_000001 | 100GMR_011_002411 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_012_000001 | 100GMR_012_000431 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_013_000001 | 100GMR_013_000498 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_014_000001 | 100GMR_014_002309 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_015_000001 | 100GMR_015_000661 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_016_000001 | 100GMR_016_001596 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_017_000001 | 100GMR_017_001041 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_018_000001 | 100GMR_018_000745 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |

**Index of Discovery Material in Loadable Files**

January 30, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| 100GMR_019_000001 | 100GMR_019_000329 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_020_000001 | 100GMR_020_001086 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_021_000001 | 100GMR_021_000675 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_022_000001 | 100GMR_022_003755 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_023_000001 | 100GMR_023_001680 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_024_000001 | 100GMR_024_000073 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_025_000001 | 100GMR_025_000308 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_026_000001 | 100GMR_026_001516 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_027_000001 | 100GMR_027_004664 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_028_000001 | 100GMR_028_002853 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_029_000001 | 100GMR_029_000326 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_030_000001 | 100GMR_030_001515 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_031_000001 | 100GMR_031_000597 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_032_000001 | 100GMR_032_000298 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_033_000001 | 100GMR_033_000184 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_034_000001 | 100GMR_034_000677 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_035_000001 | 100GMR_035_000886 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_036_000001 | 100GMR_036_002930 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |

# Index of Discovery Material in Loadable Files

January 30, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| 100GMR_037_000001 | 100GMR_037_000755 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_038_000001 | 100GMR_038_001290 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_039_000001 | 100GMR_039_001904 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_040_000001 | 100GMR_040_001030 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 100GMR_041_000001 | 100GMR_041_000443 | material seized pursuant to search warrant executed 05/26/11 at 100 Grist Mill Road |
| 1055WB_CMP_0000001 | 1055WB_CMP_0250005 | electronically stored information seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| 300FSP_001_000001 | 300FSP_001_000226 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_002_000001 | 300FSP_002_002356 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_003_000001 | 300FSP_003_000003 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_004_000001 | 300FSP_004_002166 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_005_000001 | 300FSP_005_000656 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_006_000001 | 300FSP_006_000050 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_007_000001 | 300FSP_007_000902 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_008_000001 | 300FSP_008_001341 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_009_000001 | 300FSP_009_001754 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_010_000001 | 300FSP_010_001007 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_011_000001 | 300FSP_011_002113 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_012_000001 | 300FSP_012_002743 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |

# Index of Discovery Material in Loadable Files

January 30, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| 300FSP_013_000001 | 300FSP_013_002400 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_014_000001 | 300FSP_014_001159 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_015_000001 | 300FSP_015_002447 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_016_000001 | 300FSP_016_000404 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_017_000001 | 300FSP_017_001310 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_018_000001 | 300FSP_018_002791 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_019_000001 | 300FSP_019_001630 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_020_000001 | 300FSP_020_002760 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_021_000001 | 300FSP_021_001859 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_022_000001 | 300FSP_022_000202 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_023_000001 | 300FSP_023_000303 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_024_000001 | 300FSP_024_002443 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_025_000001 | 300FSP_025_001537 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_026_000001 | 300FSP_026_001001 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_027_000001 | 300FSP_027_000586 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_028_000001 | 300FSP_028_002516 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_029_000001 | 300FSP_029_000026 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_030_000001 | 300FSP_030_002776 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |

# Index of Discovery Material in Loadable Files

January 30, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| 300FSP_031_000001 | 300FSP_031_002245 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_032_000001 | 300FSP_032_002845 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_033_000001 | 300FSP_033_002084 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_034_000001 | 300FSP_034_002230 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_035_000001 | 300FSP_035_000424 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_037_000001 | 300FSP_037_000948 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_038_000001 | 300FSP_038_000514 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_039_000001 | 300FSP_039_000187 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_040_000001 | 300FSP_040_001057 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_041_000001 | 300FSP_041_001759 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_042_000001 | 300FSP_042_001327 | material seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| 300FSP_CMP_R-0000001 | 300FSP_CMP_R-0128846 | electronically stored information seized pursuant to search warrant executed 05/26/11 at 300 First Stamford Place |
| ADP_000001 | ADP_000479 | records received from ADP |
| AIG_000001 | AIG_000486 | records received from American General |
| ALB_000001 | ALB_002867 | records received from Associated Life Brokerage |
| AMSTERDAM_000001 | AMSTERDAM_000100 | records received from Judith & Stanley Amsterdam |
| ANDERSON_000001 | ANDERSON_000004 | records received from American Business Centre / Gary Anderson |
| ANICO_000001 | ANICO_002019 | records received from American National Insurance Company |

# Index of Discovery Material in Loadable Files

January 30, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| ATT-000001 | ATT-000199 | records received from AT&T |
| AUCHSTETTER_000001 | AUCHSTETTER_000076 | records received from Alvin Auchstetter |
| AVS_000001 | AVS_002023 | records received from AVS, LLC |
| AXA_000001 | AXA_003295 | records received from AXA Equitable |
| AXA_CD_000001 | AXA_CD_000362 | records received from AXA Equitable |
| BENNETT_000001 | BENNETT_000458 | records received from James Bennett |
| BENSON_000001 | BENSON_000059 | records received from The Benson Thomson Agency |
| BERMAN_000001 | BERMAN_000178 | records received from Mark Berman |
| BIERMAIER_000001 | BIERMAIER_000004 | records received from Patricia Biermaier |
| BOA_000001 | BOA_009247 | records received from Bank of America |
| BURHANAN_000001 | BURHANAN_000011 | records received from Carl Burhanan |
| CALDWELL_001_000001 | CALDWELL_001_001104 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_002_000001 | CALDWELL_002_001243 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_003_000001 | CALDWELL_003_001794 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_004_000001 | CALDWELL_004_000879 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_005_000001 | CALDWELL_005_002055 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_006_000001 | CALDWELL_006_002041 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_007_000001 | CALDWELL_007_001931 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |

# Index of Discovery Material in Loadable Files

January 30, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| CALDWELL_008_000001 | CALDWELL_008_002213 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_009_000001 | CALDWELL_009_002454 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_010_000001 | CALDWELL_010_001789 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_011_000001 | CALDWELL_011_001652 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_012_000001 | CALDWELL_012_002303 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_013_000001 | CALDWELL_013_001834 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_014_000001 | CALDWELL_014_001352 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_015_000001 | CALDWELL_015_001302 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_016_000001 | CALDWELL_016_003104 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_017_000001 | CALDWELL_017_001188 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_018_000001 | CALDWELL_018_000958 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_019_000001 | CALDWELL_019_001543 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_020_000001 | CALDWELL_020_001441 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_021_000001 | CALDWELL_021_001707 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_022_000001 | CALDWELL_022_001787 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_023_000001 | CALDWELL_023_001477 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_024_000001 | CALDWELL_024_000828 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_025_000001 | CALDWELL_025_001262 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |

# Index of Discovery Material in Loadable Files

January 30, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| CALDWELL_026_000001 | CALDWELL_026_001253 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_027_000001 | CALDWELL_027_001502 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_028_000001 | CALDWELL_028_001602 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_029_000001 | CALDWELL_029_000740 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_030_000001 | CALDWELL_030_001869 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_031_000001 | CALDWELL_031_001786 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_032_000001 | CALDWELL_032_001647 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_033_000001 | CALDWELL_033_000159 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_034_000001 | CALDWELL_034_001416 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_035_000001 | CALDWELL_035_001405 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_036_000001 | CALDWELL_036_000765 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_037_000001 | CALDWELL_037_000529 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_038_000001 | CALDWELL_038_000610 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CALDWELL_039_000001 | CALDWELL_039_000798 | material seized pursuant to search warrant executed 05/26/11 at 1055 Washington Blvd |
| CARGILL_000001 | CARGILL_000038 | records received from Bobby Cargill |
| CARRIN_000001 | CARRIN_000148 | records received from Marvin Carrin |
| CHRISTIANA_000001 | CHRISTIANA_007949 | records received from Christiana Bank |
| CHRISTIANA_CD_000001 | CHRISTIANA_CD_013877 | records received from Christiana Bank |

# Index of Discovery Material in Loadable Files

January 30, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| CITIBANK_000001 | CITIBANK_001248 | records received from Citibank |
| CLINARD_000001 | CLINARD_000012 | records received from Fred Clinard |
| COHEN_000001 | COHEN_000313 | records received from Howard Cohen |
| COOPER_000001 | COOPER_000375 | records received from Henry Cooper |
| CRUMP_000001 | CRUMP_000350 | records received from Crump Life Insurance |
| CSC_000001 | CSC_001824 | records received from the Corporation Service Company |
| CT_SOS_000001 | CT_SOS_000040 | records received from the CT Secretary of State |
| DECKARD_000001 | DECKARD_000010 | records received from Charles Deckard |
| DE_DOS_000001 | DE_DOS_000324 | records received from the Delaware Secretary of State |
| DONAGHY_0000001 | DONAGHY_05397 | records received from James Donaghy |
| DONAGHY_COVER_000001 | DONAGHY_COVER_0000007 | records received from James Donaghy |
| EMSI_000001 | EMSI_000253 | records received from EMSI |
| EQUIFAX_000001 | EQUIFAX_000015 | records received from Equifax |
| ESPARO_000001 | ESPARO_000022 | records received from Vito Esparo |
| EXPERIAN_000001 | EXPERIAN_000021 | records received from Experian |
| FASANO_000001 | FASANO_023356 | records received from Fasano Associates |
| FEDEX_000001 | FEDEX_024709 | records received from Federal Express |
| FLDOC_000001 | FLDOC_000018 | records received from the Florida Division of Corporations |

# Index of Discovery Material in Loadable Files

January 30, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| GASOS_000001 | GASOS_000010 | records received from the Georgia Secretary of State |
| GENWORTH_000001 | GENWORTH_001028 | records received from Genworth Life & Annuity |
| GOELZER_000001 | GOELZER_000057 | records received from Ronald Goelzer |
| GOLDSMITH_000001 | GOLDSMITH_000185 | records received from Billy Goldsmith |
| GORDON_000001 | GORDON_000008 | records received from George Gordon |
| GREATWEST_000001 | GREATWEST_000480 | records received from Great West Life & Annuity |
| GROSSMAN_000001 | GROSSMAN_000124 | records received from Lawrence Grossman |
| HALLORAN_032_000001 | HALLORAN_032_001013 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_035_000001 | HALLORAN_035_002745 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_036_000001 | HALLORAN_036_002825 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_037_000001 | HALLORAN_037_002681 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_038_000001 | HALLORAN_038_002655 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_054_000001 | HALLORAN_054_003284 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_075_000001 | HALLORAN_075_002430 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_090_000001 | HALLORAN_090_002704 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_103_000001 | HALLORAN_103_000582 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_121_000001 | HALLORAN_121_000026 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_124_000001 | HALLORAN_124_000801 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |

# Index of Discovery Material in Loadable Files

January 30, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| HALLORAN_128_000001 | HALLORAN_128_002750 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_145_000001 | HALLORAN_145_000993 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_205_000001 | HALLORAN_205_001362 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_237_000001 | HALLORAN_237_000687 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_238_000001 | HALLORAN_238_000627 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_239_000001 | HALLORAN_239_001250 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_247_000001 | HALLORAN_247_001407 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_249_000001 | HALLORAN_249_000103 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_253_000001 | HALLORAN_253_002786 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_287_000001 | HALLORAN_287_000345 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_291_000001 | HALLORAN_291_002895 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_293_000001 | HALLORAN_293_002959 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_300_000001 | HALLORAN_300_000378 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HALLORAN_308_000001 | HALLORAN_308_000187 | material from Halloran & Sage (previously seized pursuant to IRS search warrant 04/20/10) |
| HINDS_000001 | HINDS_000268 | records received from William Hinds |
| HSBC_000001 | HSBC_000816 | records received from HSBC |
| HURWITZ_000001 | HURWITZ_000178 | records received from Jerry Hurwitz |
| HUTCHISON_000001 | HUTCHISON_000070 | records received from William Hutchison |

# Index of Discovery Material in Loadable Files

January 30, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| INCORP_000001 | INCORP_000015 | records received from Incorp Services |
| IRS_001_000001 | IRS_001_001412 | material seized from an IRS storage facility pursuant to a warrant 05/26/11 |
| IRS_002_000001 | IRS_002_000601 | material seized from an IRS storage facility pursuant to a warrant 05/26/11 |
| IRS_003_000001 | IRS_003_001357 | material seized from an IRS storage facility pursuant to a warrant 05/26/11 |
| ISM_000001 | ISM_160865 | records received from ISM |
| ISM_CD_000001 | ISM_CD_007985 | records received from ISM |
| JACOBSON_000001 | JACOBSON_000030 | records received from Harold Jacobson |
| JANIS_000001 | JANIS_000143 | records received from David Janis |
| JAYROE_000001 | JAYROE_000240 | records received from Jayroe & Company |
| JPMC_000001 | JPMC_010426 | records received from JP Morgan Chase |
| KAISER_000001 | KAISER_001518 | records received from Kaiser Financial Group |
| KAL-0000001 | KAL-0021225 | records received from Kenneth Landgaard (Tranen Capital) |
| KNOWLES_000001 | KNOWLES_000167 | records received from Thomas Knowles |
| KREVLIN_000001 | KREVLIN_000084 | records received from Sol Krevlin |
| LAVECK_000001 | LAVECK_000293 | records received from Edmund Laveck |
| LINCOLN_000001 | LINCOLN_010627 | records received from Lincoln National Life Insurance |
| LINCOLN_CD_000001 | LINCOLN_CD_046005 | records received from Lincoln National Life Insurance |
| MACTAS_000001 | MACTAS_046931 | records received from Bruce Mactas |

# Index of Discovery Material in Loadable Files

January 30, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| MARTINEZ_000001 | MARTINEZ_000040 | records received from Teresa Martinez |
| MERRILLLYNCH_CD_000001 | MERRILLLYNCH_CD_005518 | records received from Merrill Lynch |
| METLIFE_000001 | METLIFE_002878 | records received from Metlife |
| METLIFE_DC_000001 | METLIFE_DC_000450 | records received from Metlife |
| MOLNAR_000001 | MOLNAR_000003 | records received from Joel Molnar |
| MTBANK_CD_000001 | MTBANK_CD_001657 | records received from Manufacturers & Traders Trust Company |
| MUSIKER_000001 | MUSIKER_000021 | records received from Judith Musiker |
| MYERS_000001 | MYERS_000184 | records received from Robert Myers |
| NJDOT_000001 | NJDOT_000009 | records received from NJ Department of Treasury |
| NMG_000001 | NMG_000052 | records received from NMG Benefit Services |
| NW MUTUAL_000001 | NW MUTUAL_000021 | records received from Northwestern Mutual |
| NYDOS_000001 | NYDOS_000014 | records received from the NY Department of State |
| OBRIAN_000001 | OBRIAN_000121 | records received from Edward OBrian |
| OGDEN_000001 | OGDEN_000010 | records received from Veronica Ogden |
| PACINI_000001 | PACINI_2906 | material seized pursuant to search warrant executed 05/26/11 at 3200 SW Freeway, 1400, Houston, TX |
| PACINI_006425 | PACINI_025952 | material seized pursuant to search warrant executed 05/26/11 at 3200 SW Freeway, 1400, Houston, TX |
| PATTON_000001 | PATTON_000192 | records received from Alton Patton |
| PEB_00000001 | PEB_00000120 | records received from Philip Beekman |

# Index of Discovery Material in Loadable Files

January 30, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| PEKARSKY_000001 | PEKARSKY_000252 | records received from Robert Pekarsky |
| PENNINGTON_000001 | PENNINGTON_000076 | records from Joan Pennington |
| PENNMUTUAL0016233 | PENNMUTUAL0016291 | records received from Penn Mutual |
| PENN_000001 | PENN_016238 | records received from Penn Mutual |
| PENN_EMAIL_000001 | PENN_EMAIL_000002 | email from Penn re: production |
| PEOPLES_000001 | PEOPLES_001034 | records received from Peoples Bank |
| PERSOON_000001 | PERSOON_000909 | records received from Johannes Persoon |
| PHI/CHARTER OAK 000001 | PHI/CHARTER OAK 003268 | records received from Phoenix |
| PHOENIX_000001 | PHOENIX_002252 | records received from Phoenix |
| PHOENIX_ALBERTI_000001 | PHOENIX_ALBERTI_000181 | records received from Phoenix |
| PHOENIX_BAER_000001 | PHOENIX_BAER_003365 | records received from Phoenix |
| PHOENIX_BENNETT_000001 | PHOENIX_BENNETT_000427 | records received from Phoenix |
| PHOENIX_BRIMBERG_000001 | PHOENIX_BRIMBERG_000157 | records received from Phoenix |
| PHOENIX_BURHANANA_000001 | PHOENIX_BURHANANA_000157 | records received from Phoenix |
| PHOENIX_BURHANANC_000001 | PHOENIX_BURHANANC_000353 | records received from Phoenix |
| PHOENIX_CIUCCI_000001 | PHOENIX_CIUCCI_000102 | records received from Phoenix |
| PHOENIX_COLLINS_000001 | PHOENIX_COLLINS_000441 | records received from Phoenix |
| PHOENIX_COMM_000001 | PHOENIX_COMM_000168 | records received from Phoenix |

# Index of Discovery Material in Loadable Files

January 30, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| PHOENIX_CONYBEARE_000001 | PHOENIX_CONYBEARE_000370 | records received from Phoenix |
| PHOENIX_COOPER_000001 | PHOENIX_COOPER_000408 | records received from Phoenix |
| PHOENIX_CRAUN_000001 | PHOENIX_CRAUN_000150 | records received from Phoenix |
| PHOENIX_ESPARO_000001 | PHOENIX_ESPARO_000722 | records received from Phoenix |
| PHOENIX_ESSEX_000001 | PHOENIX_ESSEX_000313 | records received from Phoenix |
| PHOENIX_FARNUMR_000001 | PHOENIX_FARNUMR_000201 | records received from Phoenix |
| PHOENIX_FARNUMS_000001 | PHOENIX_FARNUMS_000163 | records received from Phoenix |
| PHOENIX_GENERAL_000001 | PHOENIX_GENERAL_004531 | records received from Phoenix |
| PHOENIX_KNOBLOCH_000001 | PHOENIX_KNOBLOCH_000273 | records received from Phoenix |
| PHOENIX_KNOWLES_000001 | PHOENIX_KNOWLES_000283 | records received from Phoenix |
| PHOENIX_KREVLIN_000001 | PHOENIX_KREVLIN_000781 | records received from Phoenix |
| PHOENIX_LAVECK_000001 | PHOENIX_LAVECK_000360 | records received from Phoenix |
| PHOENIX_LEVINE_000001 | PHOENIX_LEVINE_000283 | records received from Phoenix |
| PHOENIX_LUCIANI_000001 | PHOENIX_LUCIANI_000432 | records received from Phoenix |
| PHOENIX_MANNING_000001 | PHOENIX_MANNING_000569 | records received from Phoenix |
| PHOENIX_MAY_000001 | PHOENIX_MAY_000519 | records received from Phoenix |
| PHOENIX_OGDEN_000001 | PHOENIX_OGDEN_000538 | records received from Phoenix |
| PHOENIX_PAULSRUD_000001 | PHOENIX_PAULSRUD_000408 | records received from Phoenix |

# Index of Discovery Material in Loadable Files

January 30, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| PHOENIX_PERSOON_000001 | PHOENIX_PERSOON_000500 | records received from Phoenix |
| PHOENIX_ROBERTSON_000001 | PHOENIX_ROBERTSON_000475 | records received from Phoenix |
| PHOENIX_ROSE_000001 | PHOENIX_ROSE_000988 | records received from Phoenix |
| PHOENIX_SHAPIRO_000001 | PHOENIX_SHAPIRO_000228 | records received from Phoenix |
| PHOENIX_SIEWERTC_000001 | PHOENIX_SIEWERTC_000375 | records received from Phoenix |
| PHOENIX_SIEWERTD_000001 | PHOENIX_SIEWERTD_000403 | records received from Phoenix |
| PHOENIX_SMITH_000001 | PHOENIX_SMITH_000503 | records received from Phoenix |
| PHOENIX_SOLEML_000001 | PHOENIX_SOLEML_000175 | records received from Phoenix |
| PHOENIX_SOLEMR_000001 | PHOENIX_SOLEMR_000586 | records received from Phoenix |
| PHOENIX_SOTELO_000001 | PHOENIX_SOTELO_000252 | records received from Phoenix |
| PHOENIX_SUTTON_000001 | PHOENIX_SUTTON_000205 | records received from Phoenix |
| PHOENIX_WALLS_000001 | PHOENIX_WALLS_000094 | records received from Phoenix |
| PHOENIX_WHITEHURSTB_000001 | PHOENIX_WHITEHURSTB_000185 | records received from Phoenix |
| PHOENIX_WHITEHURSTE_000001 | PHOENIX_WHITEHURSTE_000487 | records received from Phoenix |
| PHOENIX_ZAHNER_000001 | PHOENIX_ZAHNER_000295 | records received from Phoenix |
| PNC_000001 | PNC_001119 | records received from PNC Bank |
| PNC_CD_001101 | PNC_CD_001161 | records received from PNC Bank |
| PRELLE_000001 | PRELLE_009924 | records received from Prelle Financial Group / Advisors Financial Group |

Page 16 of 18

# Index of Discovery Material in Loadable Files

January 30, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| PRELLE_CD_000001 | PRELLE_CD_000400 | records received from Prelle Financial Group / Advisors Financial Group |
| PROSPERITY_000001 | PROSPERITY_001303 | records received from Prosperity Bank |
| SALISBURY_000001 | SALISBURY_001369 | records received from Salisbury Bank |
| SAMETH_000001 | SAMETH_001260 | records received from Marvin Sameth |
| SCHNEIDER_000001 | SCHNEIDER_000349 | records received from Erik Schneider |
| SIEWERT_000001 | SIEWERT_000425 | records received from Derek Siewert |
| SUN LIFE_000001 | SUN LIFE_002219 | records received from Sun Life Financial |
| TD BANK NORTH_000138 | TD BANK NORTH_007186 | records received from TD Bank North |
| TDBANKNORTH_000001 | TDBANKNORTH_000137 | records received from TD Bank North |
| TORREYPINES_000001 | TORREYPINES_004845 | records received from Torrey Pines Services |
| TRANSAMERICA_000001 | TRANSAMERICA_001974 | records received from Transamerica |
| TRANSUNION_000001 | TRANSUNION_000047 | records received from Transunion |
| TRINITY_000001 | TRINITY_000582 | records received from Trinity Financial Services |
| TUCKER_000001 | TUCKER_000285 | records received from Allen Tucker |
| TXSOS_000001 | TXSOS_000130 | records received from the Texas Secretary of State |
| UNIVERSITAS_CD_000001 | UNIVERSITAS_CD_001618 | records received from Universitas Education |
| USBANK_000001 | USBANK_002426 | records received from US Bank |
| VERIZON_KL_000001 | VERIZON_KL_000190 | records received from Verizon |

# Index of Discovery Material in Loadable Files

January 30, 2014 Disclosure

| Begin Bates | End Bates | Comments |
|---|---|---|
| VONNOORDEN_000001 | VONNOORDEN_000144 | records received from Betty & Gunther Von Noorden and Floyd Guest |
| WASHINGTON TRUST_000001 | WASHINGTON TRUST_000018 | records received from Washington Trust Company |
| WEINGARTEN_000001 | WEINGARTEN_001024 | records received from Bernard Weingarten |
| WELLS FARGO_000517 | WELLS FARGO_007933 | records received from Wells Fargo Bank |
| WELLSFARGO_000001 | WELLSFARGO_000516 | records received from Wells Fargo Bank |
| WISDA_000001 | WISDA_000022 | records received from Barbara Wisda |
| ZAHNER_000001 | ZAHNER_000114 | records received from Beat Zahner |

# Index of Audio Files

January 30, 2014 Disclosure

| Source | Description | File Name |
|---|---|---|
| EMSI | insurance background personal history interview of James and Mary Kobayashi | 4364686-Kobayashi.wav |
| EMSI | insurance background personal history interview of Charles Deckard | CHARLES DECKARD_.wav |
| EMSI | insurance background personal history interview of Edgar Callaway | EDGAR CALLAWAY INTV.wav |
| EMSI | insurance background personal history interview of Gloria Rocher | GLORIA ROCHER INTV_1_files___Mix_4_calls_.wav |
| EMSI | insurance background personal history interview of Greta Christensen | GRETA CHRISTENSEN INTV_1_files___Mix_2_calls_.wav |
| EMSI | insurance background personal history interview of Lola Rosenthal | LOLA ROSENTHAL INTV_1_files___Mix_3_calls_.wav |
| EMSI | insurance background personal history interview of Marvin Carrin | MARVIN CARRIN INTV_1_files___Mix_14_calls_.wav |
| EMSI | insurance background personal history interview of Olga Garcia | OLGA GARCIA INTV_1_files___Mix_5_calls_.wav |
| EMSI | insurance background personal history interview of Paul Evert | PAUL EVERT INTV.wav |
| EMSI | insurance background personal history interview of Pearl Cole | PEARL COLE INTV_.wav |
| EMSI | insurance background personal history interview of James and Mary Kobayashi | R4287334-Kobayashi.wav |
| EMSI | insurance background personal history interview of Paul Evert | R4466425-Evert.wav |
| EMSI | insurance background personal history interview of Vito Esparo | VITO ESPARO INTV_1_files___Mix_6_calls_.wav |
| Lincoln | insurance background personal history interview of Mary Lou Taylor | 05_42_10.12.40.800 taylor.wav |
| Lincoln | voicemail from Mr. Koslowski (ph) re: Barbara Wisda policy | 42EFA5F8-D8F0-4509-A857-B25E0B32D6F9.wav |
| Lincoln | insurance background personal history interview of Benajmin Arterburn | Arterburn.wav |
| Lincoln | voicemail from David Lundberg re: release of policies from restraining order | Avt36D7.wav |
| Lincoln | insurance background personal history interview of Arthur Bean | Bean.wav |
| Lincoln | insurance background personal history interview of Bobby Bolton | Bolton.wav |
| Lincoln | insurance background personal history interview of Edgar Callaway | CALLAWAY, EDGAR JJ7131663.wav |
| Lincoln | insurance background personal history interview of James Chrestman | Chrestman.wav |
| Lincoln | insurance background personal history interview of Marlene Clinard | Clinard.wav |
| Lincoln | insurance background personal history interview of Patsy Cramer | Cramer.wav |
| Lincoln | insurance background personal history interview of Ronald Goelzer | Goelzer.wav |
| Lincoln | insurance background personal history interview of Joyce Levine | JJ7131635 Interview (Levine).WAV |
| Lincoln | insurance background personal history interview of Christine Lambert | Lambert.wav |
| Lincoln | insurance background personal history interview of Melvin Lowry | LOWRY, MELVIN JJ7130995.wav |
| Lincoln | insurance background personal history interview of Angela Lyles | Lyles.wav |
| Lincoln | insurance background personal history interview of Marvin Mueller | Mueller Interview.WAV |
| Lincoln | insurance background personal history interview of Euel Nordin | Nordin.WAV |
| Lincoln | insurance background personal history interview of Edward O'Brian | Obrian.WAV |
| Lincoln | insurance background personal history interview of Alvaro Palazuelos Valdez | Palazuelos Valdez.WAV |
| Lincoln | insurance background personal history interview of Camillo Zarroli | Sherry_C_Zarroli_1_files.wav |

# Index of Audio Files

January 30, 2014 Disclosure

| Source | Description | File Name |
|---|---|---|
| Lincoln | insurance background personal history interview of Betty Von Noorden | Von Noorden.wav |
| Lincoln | insurance background personal history interview of Barbara Wisda | Wisda.WAV |
| Metlife | call from Amber Wills, Benistar, requesting loan quotes for Carpenter policies | Carpenter 1-13-09.wav |
| Phoenix | insurance background personal history interview of Beat Zahner | Beat Zahner_1_files.wav |
| Phoenix | insurance background personal history interview of Bruce Conybeare | Bruce Conybeare.wav |
| Phoenix | insurance background personal history interview of Carl Burhanan | Carl Burhanan, P172058.wav |
| Phoenix | insurance background personal history interview of David Siewert | David Siewert, O021530.wav |
| Phoenix | insurance background personal history interview of Edmund Laveck | Edmund Laveck.wav |
| Phoenix | insurance background personal history interview of Henry Cooper | Henry Cooper.wav |
| Phoenix | insurance background personal history interview of Henry Manning | Henry Manning.wav |
| Phoenix | insurance background personal history interview of James Bennett | James Bennett.wav |
| Phoenix | insurance background personal history interview of Johnny Robertson | Johnny Robertson_1_files.wav |
| Phoenix | insurance background personal history interview of Luella Paulsrud | Luella Paulsrud, pt.1.wav |
| Phoenix | insurance background personal history interview of Luella Paulsrud | Luella Paulsrud, pt.2.wav |
| Phoenix | insurance background personal history interview of Robert Solem | Robert Solem, R3859649.wav |
| Phoenix | insurance background personal history interview of Steven Rose | Steven Rose_1_files.wav |
| Phoenix | insurance background personal history interview of Thomas Knowles | Thomas Knowles_1_files.wav |
| Phoenix | insurance background personal history interview of Tom Collins | Tom Collins_1_files.wav |
| Phoenix | insurance background personal history interview of Tom Collins | Tom Collins_1_files1.wav |
| Phoenix | insurance background personal history interview of Verlee May | Verlee May.wav |
| Phoenix | insurance background personal history interview of Veronica Ogden | Veronica Ogden.wav |
| Phoenix | insurance background personal history interview of Vito Luciani | Vito Luciani.wav |
| Prelle | 10/04/11 voicemail from George Sanders | October 4 VM.WAV |
| Prelle | 10/21/11 voicemail from George Sanders | October 21 VM.WAV |