

**United States Department of Justice**

*United States Attorney*
*District of Connecticut*

---

Connecticut Financial Center       (203) 821-3700
157 Church Street, 25th Floor       Fax (203) 773-5376
New Haven, Connecticut  06510      www.justice.gov/usao/ct

June 20, 2014

Richard R. Brown
Brown, Paindiris & Scott
100 Pearl Street
Hartford, CT 06103

      Re:    <u>United States v. Daniel E. Carpenter</u>
            Criminal No. 3:13CR226(RNC)

Dear Attorney Brown:

      This letter supplements the earlier discovery letters made in compliance with Section (A) of the Court's Standing Order on Discovery in Criminal Cases. The text of that earlier letter is incorporated by reference here.

      Enclosed please find the following additional material:

1. Reports of Interview, Bates numbers ROI-000362-ROI-000410, as summarized in the attached index;
2. Memoranda of agents summarizing statements of Daniel Carpenter made on May 26, 2011, at 100 Grist Mill Road, Simsbury, Connecticut. The memoranda were previously disclosed without the notes and without Bates numbers. This material is now stamped MISC-000001-MISC-000009; and
3. Recordings of phone calls provided by Phoenix, as summarized in the attached index.

      As was explained in the January 30, 2014, discovery letter, in providing the enclosed discovery, the United States in no way concedes that you are entitled to have any of the enclosed material. They are provided in the spirit of cooperative discovery, in an effort to avoid needless motion practice. The reports and other documents are being provided to you subject to a confidentiality/ nondisclosure agreement. The gist of the agreement is that you will not let the reports or documents out of your possession and you will not show them to anyone other than your client and other necessary personnel in your office. Copies of the reports and documents should not be given to anyone including your client. The reports and other documents are to be returned to me at the conclusion of the case. Please confirm, by signing below, that the terms of this arrangement are acceptable to you. If, as the course of trial preparation goes on, you wish to



**EXHIBIT**

B

provide copies of certain material to your client, please let me know, and I will attempt to work out an appropriate arrangement with you.

Please note that there are a number of documents in the discovery that contain protected personal information, including social security numbers, dates of birth, addresses, phone numbers, medical information, etc. I trust that you will guard this material appropriately, and will not disclose any of the protected personal information publicly, including through a court filing, or provide it to any third parties. To the extent that you and I agree to permit your client to have copies of any of the discovery, I will require you to redact such protected personal information.

I will promptly notify you if I learn of any new material covered by the Standing Order and will provide additional discovery on a rolling basis. If you have any questions or comments concerning the discovery outlined herein, please call me as soon as possible.

Very truly yours,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY

I acknowledge receipt of the package of discovery materials summarized by this letter and its attachments and indices, and I agree with the terms and conditions set forth above. I waive my right to meet with the Assistant United States Attorney to receive this letter directly.


_____                    _____
Richard R. Brown, Esq.                              Date
Attorney for Daniel E. Carpenter

## Appendix 1: Summary of New Discovery

1.      Reports of Interview, Bates numbers ROI-000362-ROI-410, as summarized in the attached index.

2.      Memoranda of agents summarizing statements of Daniel Carpenter made on May 26, 2011, at 100 Grist Mill Road, Simsbury, Connecticut.  The memoranda were previously disclosed without the notes and without Bates numbers.  This material is now stamped MISC-000001-MISC-000009.

3.      Recordings of phone calls provided by Phoenix, as summarized in the attached index.

# List of Interview Reports Enclosed

June 20, 2014 Disclosure

| First Name | Last Name | Date | Bates |
|---|---|---|---|
| Marvin | Carrin | 2/21/2014 | ROI- 362 |
| Joseph | Castagno | 4/7/2014 | ROI- 363 - 366 |
| James | Chrestman | 2/18/2014 | ROI- 367 |
| James | Donaghy | 9/5/2013 | ROI- 368 - 370 |
| Alex | Hlivka | 3/18/2011 | ROI- 371 - 373 |
| Kathy | Kehoe | 4/7/2014 | ROI- 374 - 379 |
| Barbara | Korfel | 4/7/2014 | ROI- 380 - 382 |
| Christine | Lambert | 5/13/2014 | ROI- 383 - 384 |
| William | McSwain | 5/15/2011 | ROI- 385 |
| William | McSwain | 6/23/2011 | ROI- 386 |
| William | McSwain | 2/4/2014 | ROI- 387 |
| Ineke | Murphy | 5/21/2014 | ROI- 388 - 396 |
| Amanda | Rossi | 4/7/2014 | ROI- 397 - 402 |
| Alex | Sgoutas | 9/26/2012 | ROI- 403 - 405 |
| Sharon | Siebert | 9/5/2013 | ROI- 406 - 408 |
| Donna | Vasser | 9/5/2013 | ROI- 409 -410 |

# Index of Audio Files

June 20, 2014 Disclosure

| Source | Description | File Name |
|--------|-------------|-----------|
| Phoenix | call from COT (I Murphy and W Bursey) on policy #97522740 requesting policy statement | 97522740 112911 WB.wma |
| Phoenix | call from COT (W Bursey) on policy #97527951 | 97527951 071311 WB1.wma |
| Phoenix | call from COT (B Korfel) on policy #97527951 to determine policy ownership | 97527951 071311 BK.wma |
| Phoenix | call from COT (W Bursey) on policy #97527951 to determine policy ownership | 97527951 071311 WB2.wma |
| Phoenix | call from COT (W Bursey) on policy #97529411requesting updated account values | 97529411 040511 WB.wma |
| Phoenix | call from Steven Rose regarding policy #97533378 | 97533378...daigle...1-11-2011.wav |
| Phoenix | call from Steven Rose regarding policy #97533378 | 97533378...McDowell...1-11-2011.wav |

Note: Names of callers are based upon what is stated in the recording.