### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 3:13 CR 226 (RNC) |
| ) | |
| DANIEL E. CARPENTER ) | |
| ) | DECEMBER 11, 2017 |

### DEFENDANT CARPENTER'S MOTION FOR PERMISSION TO TRAVEL TO CONSULT WITH APPELLATE COUNSEL IN NEW YORK CITY

For the reasons which follow, Daniel E. Carpenter moves this Court for permission to travel to New York, New York to consult with his appellate counsel. The United States Probation Office has approved this request.

1. The defendant, Daniel E. Carpenter, is currently under supervised release, which is being monitored by U.S. Probation in Connecticut.

2. At present Mr. Carpenter is out on bond and is in compliance with the terms and conditions of his bail release for the above-captioned matter.

3. Mr. Carpenter is requesting permission to travel to New York, NY to consult with his appellate counsel. Mr. Carpenter will be in New York from Wednesday December 13th, 2017 through Friday December 15th, 2017. He will be staying at the Benjamin Hotel located at 125 East 50th Street New York, New York.

1

4. U.S. Probation has given its approval of these travel plans, and has requested Mr. Carpenter file a motion requesting this Court's approval.

5. It is understood that Mr. Carpenter will inform U.S. Probation in advance of his travel arrangements, including addresses and contact numbers.

6. The U.S. Government (A.U.S.A. Patel) has no objection to Defendant's travel.

Wherefore, it is so moved.

DEFENDANT, DANIEL E. CARPENTER

By_____
Richard R. Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel 860.522.3343
Fax 860.522.2490
Fed. Bar Ct00009
rbrown@bpslawyers.com

## CERTIFICATION

This is to certify that on December 11, 2017, a copy of the foregoing Motion was served by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Also sent to the following by U.S. postal mail:

A.U.S.A. David Novick
Office of U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

A.U.S.A. Neeraj N. Patel
Office of U.S. Attorney
157 Church Street, 25th Floor
New Haven, CT 06510

Kristin Moran
U.S. Probation Officer
Office of U.S. Probation
450 Main Street
Hartford, CT 06103

Richard R. Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel  860.522.3343
Fax 860.522.2490
Fed. Bar  Ct00009

3