Crim-Mot hrg (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK Pipech, L./ Glynn, T.          RPTR/ECRO/TAPE Warner, D.

TOTAL TIME: _____ hours 54 minutes     USPO _____ INTERPRETER _____

DATE: 12/12/17     START TIME: 10:11     END TIME: 11:05

LUNCH_RECESS  FROM: _____ TO: _____

RECESS (if more than ½ hr)  FROM: _____ TO: _____

CRIMINAL NO. 13cr226 RNC          Deft # 1

UNITED STATES OF AMERICA

vs

Daniel Carpenter (present)

Dave Novick/Neeraj Patel

AUSA

Richard Brown/Cody Guarnieri

Defendant's Counsel ☐ CJA ☒ Retained ☐ PDA

## HEARING ON CRIMINAL MOTIONS

| | | | | | |
|---|---|---|---|---|---|
| ☒......# 295 | Deft Carpenter | Motion SEALED | ☐ granted | ☒ denied | ☐ advisement |
| ☒......# 298 | Deft Carpenter | Motion for New Trial | ☐ granted | ☒ denied | ☐ advisement |
| ☒......# 305 | Deft Carpenter | Motion reconsideration | ☐ granted | ☒ denied | ☐ advisement |
| ☒......# 306 | Deft Carpenter | Motion reconsideration | ☐ granted | ☒ denied | ☐ advisement |
| ☒......# 307 | Deft Carpenter | Motion reconsideration | ☐ granted | ☒ denied | ☐ advisement |
| ☒......# 308 | Deft Carpenter | Motion reconsideration | ☐ granted | ☒ denied | ☐ advisement |
| ☒......# 310 | Deft Carpenter | Motion reconsideration | ☐ granted | ☒ denied | ☐ advisement |
| ☒......# 323 | Deft Carpenter | Motion to travel | ☒ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft ___ | Motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Govt's motion ___ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Govt's motion ___ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Govt's motion ___ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Govt's motion ___ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft ___ oral motion ___ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft ___ oral motion ___ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft ___ oral motion ___ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Govt's oral motion ___ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Govt's oral motion ___ | | ☐ granted | ☐ denied | ☐ advisement |

☐.............. Brief(s) due _____ Response(s) due _____ Replies due _____

☐.............. Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ PR

☐.............. Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified

☐.............. Defendant REMANDED to custody

☐.............. Competency Hearing ☐ held ☐ continued until _____ at _____

☐.............. _____ hearing continued until _____ at _____

☐.............. Court finds defendant _____ ☐ competent ☐ incompetent

☐.............. Court orders defendant _____ to undergo psychiatric evaluation

☐.............. Motion Hearing continued until _____ at _____

☒.............. SEE PAGE II for additional entries

## DOCUMENTS FILED IN OPEN COURT

☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed

## MISCELLANEOUS PROCEEDINGS

_____

Sentencing scheduled for February 21, 2018 @ 10AM
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____